**Hearing Date and Time:**
**September 20, 2022 at 10:00 a.m.**

Israel Dahan
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Phone: (212) 556-2100
Fax: (212) 556-2200
idahan@kslaw.com
*Counsel for Yeshiva Chofetz Chaim, Inc.*
*and 82 Highview LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SHEM OLAM LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-22493 (SHL) |

**NOTICE OF STATUS CONFERENCE (VIA ZOOM)**

**PLEASE TAKE NOTICE** that a status conference will be held before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on September 20, 2022 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the status conference will be conducted via **Zoom for Government**. Parties wishing to participate in the status conference should register their appearances at the following link: http://www.nysb.uscourts.gov/ecourt-appearances. Registered parties will receive a link to join the status conference one day prior. Appearances must be entered no later than September 19, 2022 at 4:00 p.m. (Prevailing Eastern Time).

1

**PLEASE TAKE FURTHER NOTICE** that the status conference may be adjourned from time to time without further notice other than the announcement of such adjournments in open Court.

**PLEASE TAKE FURTHER NOTICE** that all case related filings can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, or (ii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: August 18, 2022
New York, New York

**KING & SPALDING LLP**

*/s/ Israel Dahan*
Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Phone: (212) 556-2100
Fax: (212) 556-2200
idahan@kslaw.com

Thaddeus D. Wilson (*pro hac vice* forthcoming)
KING & SPALDING LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
thadwilson@kslaw.com

*Counsel for Yeshiva Chofetz Chaim, Inc.
and 82 Highview LLC*

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2022, I caused a true and correct copy of the foregoing to be served via first-class mail on the parties listed below, in addition to those parties receiving electronic notification through the ECF filing system:

> A. Mitchell Greene
> LEECH TISHMAN ROBINSON BROG, PLLC
> 874 Third Avenue
> New York, New York  10022
> amgreene@leechtishman.com
> *Counsel to Debtor*
>
> Paul K. Schwartzberg
> OFFICE OF THE UNITED STATES TRUSTEE
> 201 Varick Street, Suite 1006
> New York, New York  10014
> paul.schwartzberg@usdoj.gov
> *United States Trustee for the
> Southern District of New York*

　　　　　　　　　　　　　　　　　　　*/s/ Israel Dahan*
　　　　　　　　　　　　　　　　　　　Israel Dahan