**LEECH TISHMAN ROBINSON BROG, PLLC**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6300
Steven B. Eichel, Esq.

*Proposed Attorneys for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-22493-shl |
| **SHEM OLAM LLC**, | |
| Debtor. | |

---------------------------------------------------------X

## CERTIFICATE OF SERVICE

**TINA FOGEL,** hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in New York, New York.

2. On the **26th day of August, 2022**, I caused to be served *VIA FIRST CLASS MAIL **APPLICATION FOR ORDER DIRECTING THE FILING OF PROOFS OF CLAIMS AGAINST THE DEBTOR AND APPROVING FORM AND MANNER OF NOTICE THEREOF*** [ECF Doc. No. 15] upon all parties named on the annexed service list, by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**Dated:** August 26, 2022                                                         /s/ TINA FOGEL
                                                                                                      **TINA FOGEL**

## SHEM OLAM SERVICE LIST AS OF 8-26-22

645 SPRINGDALE HOLDINGS LLC
404 ARLINGTON AVE
LAKEWOOD, NJ 08701

82 HIGHVIEW LLC
C/O SAVAD CHURGIN
55 OLD TURNPIKE RD, SUITE 209
NANUET, NY 10954

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

KRISS & FEUERSTEIN LLP
360 LEXINGTON AVENUE
SUITE 1200
NEW YORK, NY 10017

LEVINE & ASSOCIATES, P.C.
15 BARCLAY ROAD
ATTN: MICHAEL LEVINE, ESQ.
SCARSDALE, NY 10583-2707

NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205

OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005

ROCKLAND CTY COMM. OF FINANCE
50 SANATORIUM ROAD
BUILDING A, 8TH FLOOR
POMONA, NY 10970

TOWN OF RAMAPO - ATTY OFFICE
237 ROUTE 59
SUFFERN, NY 10901

TOWN OF RAMAPO - TAX DEPT.
237 ROUTE 59
SUFFERN, NY 10901

4883-9338-0912, v. 2

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

YESHIVA CHOFETZ CHAIM INC.
C/O SAVAD CHURGIN
55 OLD TURNPIKE RD, SUITE 209
NANUET, NY 10954

OFFICE OF THE U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

4883-9338-0912, v. 2