UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                                    Chapter 11
                                                                                              Case No. 22-22493 (SHL)
**SHEM OLAM LLC,**

                                    Debtor.
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

**TINA FOGEL,** hereby certifies under penalty of perjury:

    1.  I am not a party to the action, am over 18 years of age and reside in New York, New York.

    2.  On the **2nd day of September, 2022**, I caused to be served *VIA FIRST CLASS MAIL:*

    ● *NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE OCTOBER 7, 2022;*

    ● *ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPORVING THE FORM AND MANNER OF NOTICE THEREOF;* and

    ● *PROOF OF CLAIM FORM*

upon all parties on the attached Service List by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**Dated:**  September 2, 2022

                                                                      /S/TINA FOGEL____
                                                                        **TINA FOGEL**

**SHEM OLAM LLC  Service List as of 9/2/22**

**645 SPRINGDALE HOLDINGS LLC**
**404 ARLINGTON AVE**
**LAKEWOOD, NJ 08701**

**82 HIGHVIEW LLC**
**C/O SAVAD CHURGIN**
**55 OLD TURNPIKE RD, SUITE 209**
**NANUET, NY 10954**

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

**KRISS & FEUERSTEIN LLP**
**360 LEXINGTON AVENUE**
**SUITE 1200**
**NEW YORK, NY 10017**

**LEVINE & ASSOCIATES, P.C.**
**15 BARCLAY ROAD**
**ATTN: MICHAEL LEVINE, ESQ.**
**SCARSDALE, NY 10583-2707**

**NEW YORK STATE DEPT. OF FINANC**
**ATTN: BANKRUPTCY SPECIAL PROC**
**PO BOX 5300**
**ALBANY, NY 12205**

**OFFICE OF THE ATTORNEY GENERAL**
**28 LIBERTY ST.**
**NEW YORK, NY 10005**

**ROCKLAND CTY COMM. OF FINANCE**
**50 SANATORIUM ROAD**
**BUILDING A, 8TH FLOOR**
**POMONA, NY 10970**

**TOWN OF RAMAPO - ATTY OFFICE**
**237 ROUTE 59**
**SUFFERN, NY 10901**

**TOWN OF RAMAPO - TAX DEPT.**
**237 ROUTE 59**
**SUFFERN, NY 10901**

4887-4004-7921, v. 1

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

YESHIVA CHOFETZ CHAIM INC.
C/O SAVAD CHURGIN
55 OLD TURNPIKE RD, SUITE 209
NANUET, NY 10954

OFFICE OF THE U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

CHOFETZ CHAIM INC.
367 REMSEN AVENUE
MONSEY, NY 10952

RABBI ARYEH ZAKS
18 MOUNTAIN AVENUE
MONSEY, NY 10952

HENOCH ZAKS
18 MOUNTAIN AVENUE
MONSEY, NY 10952

ISRAEL DAHAN, ESQ.
KING & SPALDING LLP
1185 AVENUE OF THE AMERICAS
34TH FLOOR
NEW YORK, NY 10036