# EXHIBIT F

9/11/22, 11:22 AM 22-22493-shl    Doc 25-6    Filed 09/19/22    Entered 09/19/22 08:35:57    Exhibit F - eSearch Results
Shem Olam-Rockland County Land Records   Pg 2 of 4

Rockland County, NY - DONNA G. SILBERMAN, COUNTY CLERK

Guest User

**SEARCH CRITERIA**   Selected Names SHEM OLAM LLC   Firm/Last Name SHEM OLAM (BEGINS WITH)

Name Search

| | Index | Date Filed | Instr Date | Kind | Party Ones | Party Twos | Description | File Number | Book/Page | Ref | Amount | Images |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAN | 10/11/2019 | | ASSIGNMENT OF MORTGAGE | TBG RADIN LLC<br><br>MOSDOS CHOFETZ CHAIM INC | **SHEM OLAM LLC** | | 2019-00029238 | | 2005-00071672<br><br>2011-00035141<br><br>2018-00009122<br><br>2018-00009123 | | 5 |
| 2 | LAN | 10/25/2019 | | LIS PENDENS | MOSDOS CHOFETZ CHAIM INC | **SHEM OLAM LLC**<br><br>MOSDOS CHOFETZ CHAIM INC<br><br>TBG RADIN LLC | 392689 - RAMAPO<br><br>AKA 1 60 KIRYAS RADIN DRIVE SPRING VALLEY NY 10977<br><br>Address: 50 GRANDVIEW AVENUE SPRING VALLEY, NEW YORK 10977 | 2019-00031251 | | SU-2019-036069<br><br>2005-00071672 | | 4 |
| 3 | COU | 10/25/2019 | | REAL PROPERTY EFILING | ZAKS, MEYER<br><br>SIMA, WEINTRAUB<br><br>ROSENBLUM, DANIEL<br><br>GRUNWALD, JOSEPH<br><br>HOCHMAN, YISROEL<br><br>[+] | **SHEM OLAM LLC**<br><br>MOSDOS CHOFETZ CHAIM INC<br><br>CHOFETZ CHAIM INC<br><br>TBG RADIN LLC<br><br>CONGREGATION RADIN DEVELOPMENT INC<br><br>[+] | | SU-2019-036069 | | | | |
| 4 | LAN | 12/03/2019 | | SATISFACTION OF MORTGAGE | **SHEM OLAM LLC** | MOSDOS CHOFETZ CHAIM INC | | 2019-00036226 | | 2005-00071672<br><br>2011-00035141<br><br>2018-00009122<br><br>2018-00009123<br><br>2019-00029238 | | 3 |
| 5 | COU | 04/13/2021 | | REAL PROPERTY EFILING | CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC-AKA<br><br>KIRYAS RADIN | **SHEM OLAM LLC**<br><br>MOSDOS CHOFETZ CHAIM INC | | SU-2021-031920 | | | | |

9/11/22, 11:22 AM — 22-22493-shl    Doc 25-6    Filed 09/19/22    Entered 09/19/22 08:35:57    Exhibit F - Shem Olam Rockland County Land Records    Pg 3 of 4

eSearch Name Search

| Index | | Date Filed | Instr Date | Kind | Party Ones | Party Twos | Description | File Number | Book/Page | Ref | Amount | Images |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHOEFETZ CHAIM INC<br><br>TBG RADIN LLC<br><br>CONGREGATION RADIN DEVELOPMENT INC<br><br>[+] | | | | | | |
| 6 | LAN | 06/30/2021 | | DEED | 82 HIGHVIEW LLC | **SHEM OLAM LLC** | 392607 - SUFFERN **Section:**49.17 **Block:**2 **Lot:**42<br><br>Address: 82 HIGHVIEW ROAD SUFFERN, NEW YORK 10901<br><br>392607 - SUFFERN **Section:**49.17 **Block:**2 **Lot:**47<br><br>Address: 105 CARLTON ROAD SUFFERN, NEW YORK 10901 | 2021-00027314 | | | $10.00 | 6 |
| 7 | COU | 12/23/2021 | | TORTS EFILING | YESHIVA CHOFETZ CHAIM INC.<br><br>82 HIGHVIEW LLC | **SHEM OLAM LLC**<br><br>82 HIGHVIEW LLC<br><br>ZAKS, ARYEH | | SU-2021-036879 | | | | |
| 8 | LAN | 12/23/2021 | | LIS PENDENS | YESHIVA CHOFETZ CHAIM INC<br><br>82 HIGHVIEW LLC | **SHEM OLAM LLC**<br><br>82 HIGHVIEW LLC<br><br>ZAKS, ARYEH | 392607 - SUFFERN<br><br>Address: 82 HIGHVIEW RD SUFFERN, NEW YORK 10901 | 2021-00055348 | | SU-2021-036879<br><br>2021-00027314 | | 4 |
| 9 | LAN | 12/23/2021 | | LIS PENDENS | YESHIVA CHOFETZ CHAIM INC<br><br>82 HIGHVIEW LLC | **SHEM OLAM LLC**<br><br>82 HIGHVIEW LLC<br><br>ZAKS, ARYEH | 392607 - SUFFERN<br><br>Address: 105 CARLTON ROAD SUFFERN, NEW YORK 10901 | 2021-00055349 | | SU-2021-036879<br><br>2021-00027314 | | 4 |
| 10 | COU | 07/27/2022 | | TAX CERTIORARIES EFILING | **SHEM OLAM LLC** | RAMAPO TOWN OF<br><br>RAMAPO TOWN OF-BD OF ASSESSMENT | | SU-2022-033289 | | | | |

**Section Block and Lot references are NOT VERIFIED by the County Clerk's Office and may be incorrect. Contact the Town/Village**

© 2007 - 2022 Cott Systems, Inc.
Version 1.7.23.18

9/11/22, 11:22 AM                              eSearch Name Search

22-22493-shl    Doc 25-6    Filed 09/19/22    Entered 09/19/22 08:35:57    Exhibit F -
                Shem Olam Rockland County Land Records    Pg 4 of 4

**Assessor's Office for accurate information.**

For Questions Related to Data or Images, you may contact the
Clerk's Office during business hours at 845-638-5221.

For Website Technical Support, please contact via email:
support@cottsystems.com or phone: 800-588-2688.

Normal Technical Support Business Hours are: 7:00AM EST -
6:00PM EST.