UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                          Chapter 11

Shem Olam LLC,                                         Docket No. 22-22493-SHL

                                          Debtor.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Kara J. Cavallo, Esq. of Jacobowitz and Gubits, LLP hereby appears in this matter on behalf of creditor, Town of Ramapo.

Dated: Walden, New York
          September 19, 2022

                                          Yours, etc.

                                          JACOBOWITZ AND GUBITS, LLP.

                                          BY:

                                          */s/ Kara J. Cavallo*
                                          KARA J. CAVALLO, ESQ.
                                          *Attorneys for Creditor*
                                          *Town of Ramapo*
                                          158 Orange Avenue, P.O. Box 367
                                          Walden, New York 12586-0367
                                          Telephone: 845-778-2121
                                          Facsimile: 845-778-5173
                                          kjc@jacobowitz.com

TO: ALL COUNSEL OF RECORD VIA ECF