Kara J. Cavallo, Esq.
JACOBOWITZ & GUBITS, LLP
158 Orange Avenue, P.O. Box 367
Walden, New York 12586
Telephone: (845) 778-2121
Facsimile: (845) 778-5173
Email: KJC@jacobowitz.com
*Attorneys for Respondents, Town of Ramapo
and Board of Assessment Review of the
Town of Ramapo*

Hearing Date: To be Determined
Response Deadline: To be Determined

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

    SHEM OLAM, LLC,

                          Debtor.
----------------------------------------------------------------x
In the Matter of the Petition of SHEM OLAM LLC,
for review, under Article 7 of the Real Property Law,
of the assessment of certain real property taxes in
and for the Town of Ramapo,

                          Petitioner,

    -against-

TOWN OF RAMAPO and BOARD OF ASSESSMENT
REVIEW OF THE TOWN OF RAMAPO,

                         Respondents.
----------------------------------------------------------------x

**NOTICE OF MOTION**

Case No. 22-22493-SHL

Index No.: 033289/2022

PLEASE TAKE NOTICE that, upon the Declaration of Kara J. Cavallo, attorney for the Respondents Town of Ramapo and the Board of Assessment Review of the Town of Ramapo (the "Respondents"), the Declaration of Scott Shedler, IAO, Town Assessor of the Town of Ramapo, the Affidavit of Alyssa A. Luis, Assessing Clerk I of the Town of Ramapo, and the exhibits attached thereto, and upon all the papers and proceedings had herein, the Respondents will move this Court, before the Honorable Sean H. Lane, United States District Judge for the

-1-

Southern District of New York, at The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4140, on a date and at a time to be designated by the Court, for an Order, pursuant to 11 USCS § 505, 28 USCS §§ 1341, 1334(b) and (c) and 1447(c) dismissing the above-referenced adversary proceeding and remanding this proceeding to the State Court on the basis that the United States Bankruptcy Court lacks subject matter jurisdiction over this proceeding or in the alternative that the doctrines of mandatory or permissive abstention apply such that this court must abstain or should exercise its discretion to abstain from adjudicating this adversary proceeding and to remand this matter to State Court; or in the alternative, if the Bankruptcy Court determines it has jurisdiction over these proceedings and does not abstain from determining this matter, pursuant to Rules 12(b)(1), (b)(6) and (c) of the Federal Rules of Civil Procedure that debtor, Shem Olam, LLC (the "Debtor") is not entitled to a real property tax exemption pursuant to RPTL §420-a as a matter of law, based on the documentary evidence submitted in support of its application for a real property tax exemption.

PLEASE TAKE FURTHER NOTICE that, any opposing affidavits and answering memoranda shall be served in accordance with a briefing schedule to be determined by the Court.

Dated: Walden, New York
       October 3, 2022

                                                  Yours, etc.,

                                                  */s/ Kara J. Cavallo*
                                                  KARA J. CAVALLO, ESQ.
                                                  Jacobowitz & Gubits, LLP
                                                  *Attorneys for Respondents*
                                                  158 Orange Avenue, P.O. Box 367
                                                  Walden, New York  12586
                                                  (845) 778-2121 - telephone
                                                  (845) 778-5173 – facsimile
                                                  Email: KJC@jacobowitz.com

TO:   LEECH, TISHMAN, ROBINSON &
        BROG, PLLC
        *Attorneys for the Debtor*
        875 Third Avenue
        New York, New York  10022