# EXHIBIT 3

**TOWN OF RAMAPO**
237 Route 59
Suffern, NY 10901

Date: April 29, 2022

**Shem Olam LLC**
**18 Mountain Ave**
**Monsey, NY 10952**

Parcel ID:    89/49.17-2-47
Assessment: 250,000

### NOTICE PURSUANT TO RPTL §551

1. This is to notify you that the property owned by you and located at 105 CARLTON ROAD
   was erroneously omitted from the 2021 assessment roll and was improperly excluded from
   taxation for the following tax levying units at the corresponding tax rates: **(see attached
   worksheet)**. The property is liable for taxation at the above tax rates based on its assessed
   value in the year of omission. I/we have calculated the assessed value to be $250,000 and
   this value has been entered on the current assessment roll. The previous year's tax liability
   will be payable this year along with property taxes applicable to this year's assessed value.

2. Administrative review of this assessment is available upon the filing of a complaint
   with the Town of Ramapo Board of Assessment Review, which is scheduled to meet
   on May 24, 2022, see attached.

If you have any questions concerning this notice, please contact the Assessor at the above address.

Sincerely,

Assessor/Chairman, Board of Assessors

| SBL | 89/42.17-2-47 |
|---|---|
| Owner | SHEM OLAM LLC |
| Address | 105 CARLTON RD |
| Assessment | $250,000.00 |
| Exemption Codes | 25120 |

**Tax Collection**

**School**

| Roll Year | Levy Desciption | Dates | End Date | Total Days | Tax Rate | Total |
|---|---|---|---|---|---|---|
| 2021 | Suffern Central | 1-Sep-21 | 31-Aug-22 | 365 | 196.143599 | $ 49,035.90 |
| 2021 | Suffern Free Libr | 1-Sep-21 | 31-Aug-22 | 365 | 6.054956 | $ 1,513.74 |
| | | | | | Total Amnt: | $ 50,549.64 |

**Tax Collection**

**Town & County**

| Roll Year | Levy Desciption | Dates | End Date | Total Days | Tax Rate | Total |
|---|---|---|---|---|---|---|
| 2021 | County | 1-Jan-22 | 31-Dec-22 | 365 | 27.006798 | $ 6,751.70 |
| 2021 | Town Police | 1-Jan-22 | 31-Dec-22 | 365 | 30.208700 | $ 7,552.18 |
| 2021 | General Town | 1-Jan-22 | 31-Dec-22 | 365 | 15.072601 | $ 3,768.13 |
| 2021 | Unicorp Town | 1-Jan-22 | 31-Dec-22 | 365 | 2.773600 | $ 693.40 |
| 2021 | Highway | 1-Jan-22 | 31-Dec-22 | 365 | 10.123700 | $ 2,530.93 |
| | | | | | Total Amnt: | $ 21,296.32 |

| | | TOTAL | $ 71,845.96 |
|---|---|---|---|

# TOWN OF RAMAPO
## 237 ROUTE 59
## SUFFERN, NEW YORK 10901
## (845) 357-5100

## NOTICE OF COMPLETION OF THE TENTATIVE ASSESSMENT ROLL
### [PURSUANT TO SECTION 506 and 526(1) OF THE RPTL]

### HEARING OF COMPLAINTS

**NOTICE IS HEREBY GIVEN** that the Assessor of the Town of Ramapo, County of Rockland, has completed the Tentative Assessment Roll for the current year: 2022, and that a copy thereof is available at the Town Hall and on the Town's website at http://www.ramapo.org/ where it may be seen and examined by any interested person until the

**FOURTH TUESDAY OF MAY; MAY 24, 2022,** and that on such day between the hours of 4:00 and 8:00 p.m., the Board of Assessment Review for the Town of Ramapo will meet at Ramapo Town Hall in the said Town to hear and examine all verified written complaints in relation to such assessments, and the application of any person believing himself aggrieved thereby. The Equalization Rate is 11.46%, the Residential Assessment Ratio is 10.30%, and the Level of Assessment is 10.30%.

RP-524 complaint forms with all supporting documentation must be filed at the Assessor's Office on or before 8:00 p.m. on May 24, 2022. RP-524 complaint forms can be sent via mail, but must be received by the Assessor's Office on or before May 24, 2022. The RP-524 complaint form may be found on the Town of Ramapo's website at http://www.ramapo.org/ or picked up at Town Hall.

**NOTICE IS HEREBY FURTHER GIVEN** that the Assessor will be available with such roll on:

| | |
|---|---|
| May 6th (Friday) | between the hours of 9:00 a.m. and 1:00 p.m. |
| May 16th (Monday) | between the hours of 1:00 p.m. and 5:00 p.m. |
| May 17th (Tuesday) | between the hours of 4:00 p.m. and 8:00 p.m. |
| May 21st (Saturday) | between the hours of 9:00 a.m. and 1:00 p.m. |
| May 24th (Tuesday) | **GRIEVANCE DAY** |

**Please call (845) 357-5100 ext. 261 if you would like to schedule an appointment with the Town Assessor pertaining to the Tentative Assessment Roll. Accommodations can be made for appointments to be in person or by telephone or other electronic means.**

A publication containing procedures for contesting an assessment is available at the Assessor's Office.

DATED THIS
APRIL 29, 2022

Scott J. Shedler
Assessor
Town of Ramapo

## SCHEDULE A

## EXEMPTION CODE DESCRIPTION

| | | |
|---|---|---|
| | 13800 | SCHOOL DISTRICT PROPERTY |
| | 13500 | TOWN OWNED PROPERTY (GENERALLY) |
| | 13650 | VILLAGE OWNED |
| | 18020 | MUNICIPAL INDUST DEVEL AGENCY |
| | 21600 | NON-PROFIT CLERGY RESIDENCE |
| | 25110 | NON-PROFIT ORGNZTN-RELIGIOUS |
| | 25120 | NON-PROFIT ORGNZTN-EDUCATIONAL |
| | 25230 | NON-PROFIT MORAL OR MENTAL IMPROVEMENT |
| | 27350 | CEMETARIES |
| | 28120 | NON-PROFIT HSNG-SPECIFIC USE |
| | 28220 | COMMUNITY DEV CORP-URBN RENWL |
| | 41101 | VETERANS ELIGIBLE FUNDS CT |
| | 41103 | VETERANS ELIGIBLE FUNDS T |
| | 41112 | VETERANS RC |
| | 41121 | VETERANS-WARTIME/NON-COMBAT |
| | 41124 | VETERANS-WARTIME/NON-COMBAT SCHOOL |
| | 41131 | VETERANS-WARTIME/COMBAT |
| | 41134 | VETERANS-WARTIME/COMBAT SCHOOL |
| | 41141 | VETERANS-WARTIME/DISABLED |
| | 41144 | VETERANS-WARTIME/DISABLED SCHOOL |
| | 41151 | VETERANS-COLD WAR |
| | 41400 | CLERGY |
| | 41661 | VOLUNTEER FIREFIGHTER/AMBULANCE WORKER |
| | 41730 | AGRICULTURAL LAND |
| | 41800 | SENIOR CITIZENS PARTIAL TAX EXEMPTION |
| | 41900 | PHYSICALLY DISABLED |
| | 41930 | PERSON WITH DISABILITY & LIMITED INCOME |
| | 47600 | BUSINESS IMPROVEMENT |



RP-520-Nte (rev. 9/01)

### NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE
### OFFICE OF REAL PROPERTY TAX SERVICES

#### PRORATED TAX AND OMISSION NOTICE FORM

## TOWN OF RAMAPO
237 Route 59
Suffern, NY 10901

Date: 4/29/2022

**SHEM OLAM LLC**
**18 MOUNTAIN AVE**
**MONSEY, NY 10952**

Parcel ID: 49.17-2-47
Assessment (as of transfer date):  250,000

#### NOTICE PURSUANT TO RPTL §520

1.  This is to notify you that the above-referenced property transferred to you on **6/29/2021** is no longer entitled to the **25120** exemption from real property tax granted to the former owner (see attached schedule for description of the exemption(s) being prorated). The property is liable for taxes attributable to the formerly exempt portion of the assessment, which assessment I/we have calculated to be **(see attached pro rata tax worksheet for school taxes; in addition, there may be a pro rata amount due for Town and County tax as well as Village tax).** Taxes shall be applied to this amount prorated from the date of transfer of title to you for the remainder of the fiscal year of each municipal corporation in which the property is located.  Subject to any right you may have to an exemption, the property also will be fully liable for taxation for any fiscal year commencing on or after the date of the transfer.

2.  Administrative review of this assessment is available during the next scheduled meeting of the Town of Ramapo Board of Assessment Review on May 24, 2022, see attached.

Please note:  Pursuant to a separate notice to you (enclosed with this notice), this property is taxable for the entirety of the 2021 assessment year as omitted real property pursuant to New York Real Property Tax Law ("RPTL") sections 550(4-a) and 551.  In the event that a reviewing body determines that the subject property is not taxable pursuant to those statutes, this notice is sent to you pursuant to RPTL section 520 to notify you of the taxable status of the subject property as of the date of transfer of title to the above-referenced non-exempt entity.

**IF YOU HAVE ANY QUESTIONS CONCERNING THIS NOTICE, PLEASE CONTACT ME AT THE ABOVE ADDRESS.**

Sincerely,

Assessor/Chairman, Board of Assessors

cc:  82 Highview LLC

| SBL | 89/49.17-2-47 |
|---|---|
| Effective Sale Date | 6/29/2021 |
| Owner | SHEM OLAM LLC |
| Address | 105 CARLTON RD |
| Assessment | $250,000.00 |
| Exemption Codes | 25120 |
| Tax Collection | |

**School**

| Roll Year | Levy Desciption | Dates | End Date | Total Days | Tax Rate | Amnt Per Day | Total |
|---|---|---|---|---|---|---|---|
| 2020 | Suffern Central | 29-Jun-21 | 31-Aug-21 | 64 | 197.104903 | $135.00 | $ 8,640.21 |
| 2020 | Suffern Free Libr | 29-Jun-21 | 31-Aug-21 | 64 | 6.098979 | $4.18 | $ 267.35 |
| 2021 | Suffern Central | 1-Sep-21 | 31-Aug-22 | 365 | 196.143599 | $134.34 | $ 49,035.90 |
| 2021 | Suffern Free Libr | 1-Sep-21 | 31-Aug-22 | 365 | 6.054956 | $4.15 | $ 1,513.74 |
| | | | | | | Total Amnt: | $ 59,457.21 |

**Town & County**

| Roll Year | Levy Description | Dates | End Date | Total Days | Tax Rate | Amnt Per Day | Total |
|---|---|---|---|---|---|---|---|
| 2021 | County | 1-Jan-22 | 31-Dec-22 | 365 | 27.006798 | $18.50 | $ 6,751.70 |
| 2021 | Town Police | 1-Jan-22 | 31-Dec-22 | 365 | 30.2087 | $20.69 | $ 7,552.18 |
| 2021 | General Town | 1-Jan-22 | 31-Dec-22 | 365 | 15.07725 | $10.32 | $ 3,768.13 |
| 2021 | Unicorp Town | 1-Jan-22 | 31-Dec-22 | 365 | 2.7736 | $1.90 | $ 693.40 |
| 2021 | Highway | 1-Jan-22 | 31-Dec-22 | 365 | 10.1237 | $6.93 | $ 2,530.93 |
| 2020 | County | 29-Jun-21 | 31-Dec-21 | 186 | 27.060167 | $18.53 | $ 3,447.39 |
| 2020 | Town Police | 29-Jun-21 | 31-Dec-21 | 186 | 29.379965 | $20.12 | $ 3,742.89 |
| 2020 | General Town | 29-Jun-21 | 31-Dec-21 | 186 | 14.21141 | $9.73 | $ 1,810.49 |
| 2020 | Unicorp Town | 29-Jun-21 | 31-Dec-21 | 186 | 29.379965 | $20.12 | $ 3,742.89 |
| 2020 | Highway | 29-Jun-21 | 31-Dec-21 | 186 | 14.22815 | $9.75 | $ 1,812.63 |
| | | | | | | Total Amnt: | $ 35,852.61 |
| | | | | | | TOTAL | $ 95,309.82 |

# TOWN OF RAMAPO
## 237 ROUTE 59
## SUFFERN, NEW YORK 10901
## (845) 357-5100

### NOTICE OF COMPLETION OF THE TENTATIVE ASSESSMENT ROLL
### [PURSUANT TO SECTION 506 and 526(1) OF THE RPTL]

### HEARING OF COMPLAINTS

**NOTICE IS HEREBY GIVEN** that the Assessor of the Town of Ramapo, County of Rockland, has completed the Tentative Assessment Roll for the current year, 2022, and that a copy thereof is available at the Town Hall and on the Town's website at http://www.ramapo.org/ where it may be seen and examined by any interested person until the

**FOURTH TUESDAY OF MAY; MAY 24, 2022,** and that on such day between the hours of 4:00 and 8:00 p.m., the Board of Assessment Review for the Town of Ramapo will meet at Ramapo Town Hall in the said Town to hear and examine all verified written complaints in relation to such assessments, and the application of any person believing himself aggrieved thereby. The Equalization Rate is 11.46%, the Residential Assessment Ratio is 10.30%, and the Level of Assessment is 10.30%.

RP-524 complaint forms with all supporting documentation must be filed at the Assessor's Office on or before 8:00 p.m. on May 24, 2022. RP-524 complaint forms can be sent via mail, but must be received by the Assessor's Office on or before May 24, 2022. The RP-524 complaint form may be found on the Town of Ramapo's website at http://www.ramapo.org/ or picked up at Town Hall.

**NOTICE IS HEREBY FURTHER GIVEN** that the Assessor will be available with such roll on:

| | |
|---|---|
| May 6th (Friday) | between the hours of 9:00 a.m. and 1:00 p.m. |
| May 16th (Monday) | between the hours of 1:00 p.m. and 5:00 p.m. |
| May 17th (Tuesday) | between the hours of 4:00 p.m. and 8:00 p.m. |
| May 21st (Saturday) | between the hours of 9:00 a.m. and 1:00 p.m. |
| May 24th (Tuesday) | **GRIEVANCE DAY** |

Please call (845) 357-5100 ext. 261 if you would like to schedule an appointment with the Town Assessor pertaining to the Tentative Assessment Roll. Accommodations can be made for appointments to be in person or by telephone or other electronic means.

A publication containing procedures for contesting an assessment is available at the Assessor's Office.

DATED THIS
APRIL 29, 2022

Scott J. Shedler
Assessor
Town of Ramapo

## SCHEDULE A

## EXEMPTION CODE DESCRIPTION

| | |
|---|---|
| 13800 | SCHOOL DISTRICT PROPERTY |
| 13500 | TOWN OWNED PROPERTY (GENERALLY) |
| 13650 | VILLAGE OWNED |
| 18020 | MUNICIPAL INDUST DEVEL AGENCY |
| 21600 | NON-PROFIT CLERGY RESIDENCE |
| 25110 | NON-PROFIT ORGNZTN-RELIGIOUS |
| 25120 | NON-PROFIT ORGNZTN-EDUCATIONAL |
| 25230 | NON-PROFIT MORAL OR MENTAL IMPROVEMENT |
| 27350 | CEMETARIES |
| 28120 | NON-PROFIT HSNG-SPECIFIC USE |
| 28220 | COMMUNITY DEV CORP-URBN RENWL |
| 41101 | VETERANS ELIGIBLE FUNDS CT |
| 41103 | VETERANS ELIGIBLE FUNDS T |
| 41112 | VETERANS RC |
| 41121 | VETERANS-WARTIME/NON-COMBAT |
| 41124 | VETERANS-WARTIME/NON-COMBAT SCHOOL |
| 41131 | VETERANS-WARTIME/COMBAT |
| 41134 | VETERANS-WARTIME/COMBAT SCHOOL |
| 41141 | VETERANS-WARTIME/DISABLED |
| 41144 | VETERANS-WARTIME/DISABLED SCHOOL |
| 41151 | VETERANS-COLD WAR |
| 41400 | CLERGY |
| 41661 | VOLUNTEER FIREFIGHTER/AMBULANCE WORKER |
| 41730 | AGRICULTURAL LAND |
| 41800 | SENIOR CITIZENS PARTIAL TAX EXEMPTION |
| 41900 | PHYSICALLY DISABLED |
| 41930 | PERSON WITH DISABILITY & LIMITED INCOME |
| 47600 | BUSINESS IMPROVEMENT |



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____           Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To  Shem Olam LLC
Street and Apt. No., or PO Box No.  Mountain Ave
City, State, ZIP+4®  Monsey, NY 10952

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 5714 8187
7020 3160 0000 5714 8187

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shem Dovm LLC
18 Mountain Ave.
Monsey, NY 10952

9590 9402 6759 1074 0387 07

2. Article Number (Transfer from service label)

7020 3160 0000 5734 8387

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- Certified Mail service **is not** available for international mail.
- Insurance coverage **is not** available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for an additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signature of a recipient 21 years of age or older at delivery.
- Adult signature restricted delivery service, which requires the signature of a recipient 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you want the receipt postmarked on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 (Reverse) PSN 7530-02-000-9047

49, 17-2-47



US POSTAGE

quadient

FIRST-CLASS MAIL

$008.16

04/29/2022 ZIP 10901
043M31231030

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee    3.75

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postmark
Here

Postage    1.53

Total Postage and Fees    6.16

Sent To  Shem Olam LLC

Street and Apt. No., or PO Box No.  18 Mountain Ave

City, State, ZIP+4®  Monsey, NY 10952

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 5714 8187
7020 3160 0000 5714 8187

TOWN OF RAMAPO
ASSESSOR
237 ROUTE 59
SUFFERN, NY 10901



**TOWN OF RAMAPO**
237 Route 59
Suffern, NY 10901

Date: April 29, 2022

**Shem Olam LLC**
**c/o Zaks Rabbi Aryeh**
**18 Mountain Ave**
**Monsey, NY 10952**

Parcel ID:    89/49.17-2-42
Assessment: 226,6000

### NOTICE PURSUANT TO RPTL §551

1.  This is to notify you that the property owned by you and located at 82 HIGHVIEW ROAD
    was erroneously omitted from the 2021 assessment roll and was improperly excluded from
    taxation for the following tax levying units at the corresponding tax rates: **(see attached
    worksheet)**. The property is liable for taxation at the above tax rates based on its assessed
    value in the year of omission. I/we have calculated the assessed value to be $226,600 and
    this value has been entered on the current assessment roll. The previous year's tax liability
    will be payable this year along with property taxes applicable to this year's assessed value.

2.  Administrative review of this assessment is available upon the filing of a complaint
    with the Town of Ramapo Board of Assessment Review, which is scheduled to meet
    on May 24, 2022, see attached.

If you have any questions concerning this notice, please contact the Assessor at the above address.

Sincerely,

Assessor/Chairman, Board of Assessors

| | |
|---|---|
| SBL | 89/42.17-2-42 |
| Owner | 82 HIGHVIEW LLC |
| Address | 82 HIGHVIEW RD |
| Assessment | $226,600.00 |
| Exemption Codes | 25120 |
| Tax Collection | |

**School**

| Roll Year | Levy Desciption | Dates | End Date | Total Days | Tax Rate | Total |
|---|---|---|---|---|---|---|
| 2021 | Suffern Central | 1-Sep-21 | 31-Aug-22 | 365 | 196.143599 | $44,446.14 |
| 2021 | Suffern Free Libr | 1-Sep-21 | 31-Aug-22 | 365 | 6.054956 | $1,372.05 |
| | | | | | Total Amnt: | $45,818.19 |

**Town & County**

| Roll Year | Levy Desciption | Dates | End Date | Total Days | Tax Rate | Total |
|---|---|---|---|---|---|---|
| 2021 | County | 1-Jan-22 | 31-Dec-22 | 365 | 27.006798 | $6,119.74 |
| 2021 | Town Police | 1-Jan-22 | 31-Dec-22 | 365 | 30.208700 | $6,845.29 |
| 2021 | General Town | 1-Jan-22 | 31-Dec-22 | 365 | 15.072501 | $3,415.43 |
| 2021 | Unicorp Town | 1-Jan-22 | 31-Dec-22 | 365 | 2.775600 | $628.50 |
| 2021 | Highway | 1-Jan-22 | 31-Dec-22 | 365 | 10.123700 | $2,294.03 |
| | | | | | Total Amnt: | $19,302.99 |

| | |
|---|---|
| TOTAL | $65,121.18 |

# TOWN OF RAMAPO
## 237 ROUTE 59
## SUFFERN, NEW YORK 10901
## (845) 357-5100

## NOTICE OF COMPLETION OF THE TENTATIVE ASSESSMENT ROLL
### [PURSUANT TO SECTION 506 and 526(1) OF THE RPTL]

### HEARING OF COMPLAINTS

**NOTICE IS HEREBY GIVEN** that the Assessor of the Town of Ramapo, County of Rockland, has completed the Tentative Assessment Roll for the current year: 2022, and that a copy thereof is available at the Town Hall and on the Town's website at http://www.ramapo.org/ where it may be seen and examined by any interested person until the

**FOURTH TUESDAY OF MAY; MAY 24, 2022,** and that on such day between the hours of 4:00 and 8:00 p.m., the Board of Assessment Review for the Town of Ramapo will meet at Ramapo Town Hall in the said Town to hear and examine all verified written complaints in relation to such assessments, and the application of any person believing himself aggrieved thereby. The Equalization Rate is 11.46%, the Residential Assessment Ratio is 10.30%, and the Level of Assessment is 10.30%.

RP-524 complaint forms with all supporting documentation must be filed at the Assessor's Office on or before 8:00 p.m. on May 24, 2022. RP-524 complaint forms can be sent via mail, but must be received by the Assessor's Office on or before May 24, 2022. The RP-524 complaint form may be found on the Town of Ramapo's website at http://www.ramapo.org/ or picked up at Town Hall.

**NOTICE IS HEREBY FURTHER GIVEN** that the Assessor will be available with such roll on:

| | |
|---|---|
| May 6th (Friday) | between the hours of<br>9:00 a.m. and 1:00 p.m. |
| May 16th (Monday) | between the hours of<br>1:00 p.m. and 5:00 p.m. |
| May 17th (Tuesday) | between the hours of<br>4:00 p.m. and 8:00 p.m. |
| May 21st (Saturday) | between the hours of<br>9:00 a.m. and 1:00 p.m. |
| May 24th (Tuesday) | **GRIEVANCE DAY** |

**Please call (845) 357-5100 ext. 261 if you would like to schedule an appointment with the Town Assessor pertaining to the Tentative Assessment Roll. Accommodations can be made for appointments to be in person or by telephone or other electronic means.**

A publication containing procedures for contesting an assessment is available at the Assessor's Office.

DATED THIS                                      Scott J. Shedler
APRIL 29, 2022                                  Assessor
                                                Town of Ramapo

## SCHEDULE A

## EXEMPTION CODE DESCRIPTION

| 13800 | SCHOOL DISTRICT PROPERTY |
| 13500 | TOWN OWNED PROPERTY (GENERALLY) |
| 13650 | VILLAGE OWNED |
| 18020 | MUNICIPAL INDUST DEVEL AGENCY |
| 21600 | NON-PROFIT CLERGY RESIDENCE |
| 25110 | NON-PROFIT ORGNZTN-RELIGIOUS |
| 25120 | NON-PROFIT ORGNZTN-EDUCATIONAL |
| 25230 | NON-PROFIT MORAL OR MENTAL IMPROVEMENT |
| 27350 | CEMETARIES |
| 28120 | NON-PROFIT HSNG-SPECIFIC USE |
| 28220 | COMMUNITY DEV CORP-URBN RENWL |
| 41101 | VETERANS ELIGIBLE FUNDS CT |
| 41103 | VETERANS ELIGIBLE FUNDS T |
| 41112 | VETERANS RC |
| 41121 | VETERANS-WARTIME/NON-COMBAT |
| 41124 | VETERANS-WARTIME/NON-COMBAT SCHOOL |
| 41131 | VETERANS-WARTIME/COMBAT |
| 41134 | VETERANS-WARTIME/COMBAT SCHOOL |
| 41141 | VETERANS-WARTIME/DISABLED |
| 41144 | VETERANS-WARTIME/DISABLED SCHOOL |
| 41151 | VETERANS-COLD WAR |
| 41400 | CLERGY |
| 41661 | VOLUNTEER FIREFIGHTER/AMBULANCE WORKER |
| 41730 | AGRICULTURAL LAND |
| 41800 | SENIOR CITIZENS PARTIAL TAX EXEMPTION |
| 41900 | PHYSICALLY DISABLED |
| 41930 | PERSON WITH DISABILITY & LIMITED INCOME |
| 47600 | BUSINESS IMPROVEMENT |



RP-520-Nte (rev. 9/01)

### NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE
### OFFICE OF REAL PROPERTY TAX SERVICES

#### PRORATED TAX AND OMISSION NOTICE FORM

## TOWN OF RAMAPO
237 Route 59
Suffern, NY 10901

Date: 4/29/2022

**SHEM OLAM LLC**
**C/O ZAKS RABBI ARYEH**
**18 MOUNTAIN AVE**
**MONSEY, NY 10952**

Parcel ID: 49.17-2-42
Assessment (as of transfer date):  226,600

### NOTICE PURSUANT TO RPTL §520

1. This is to notify you that the above-referenced property transferred to you on **6/29/2021** is no longer entitled to the **25120** exemption from real property tax granted to the former owner (see attached schedule for description of the exemption(s) being prorated). The property is liable for taxes attributable to the formerly exempt portion of the assessment, which assessment I/we have calculated to be **(see attached pro rata tax worksheet for school taxes; in addition, there may be a pro rata amount due for Town and County tax as well as Village tax .)**. Taxes shall be applied to this amount prorated from the date of transfer of title to you for the remainder of the fiscal year of each municipal corporation in which the property is located. Subject to any right you may have to an exemption, the property also will be fully liable for taxation for any fiscal year commencing on or after the date of the transfer.

2. Administrative review of this assessment is available during the next scheduled meeting of the Town of Ramapo Board of Assessment Review on May 24, 2022, see attached.

Please note: Pursuant to a separate notice to you (enclosed with this notice), this property is taxable for the entirety of the 2021 assessment year as omitted real property pursuant to New York Real Property Tax Law ("RPTL") sections 550(4-a) and 551. In the event that a reviewing body determines that the subject property is not taxable pursuant to those statutes, this notice is sent to you pursuant to RPTL section 520 to notify you of the taxable status of the subject property as of the date of transfer of title to the above-referenced non-exempt entity.

**IF YOU HAVE ANY QUESTIONS CONCERNING THIS NOTICE, PLEASE CONTACT ME AT THE ABOVE ADDRESS.**

Sincerely,

Assessor/Chairman, Board of Assessors

cc: 82 Highview LLC

## Prorata Taxes Worksheet

Parcel ID:  89/49.17-2-42
Sale Date:  6/29/2021
School:  392601(RAMAPO CENTRAL)

SHEM OLAM LLC
C/O ZAKS RABBI ARYEH
18 MOUNTAIN AVE
MONSEY, NY 10952

| EX Code | EX Description | Year | Hstd | County Amt | Town Amt | School Amt |
|---|---|---|---|---|---|---|
| 25120 | NON-PROF O | 2020 | N | 226,600 | 226,600 | 226,600 |
| 25120 | NON-PROF O | 2021 | N | 226,600 | 226,600 | 226,600 |

### School Collection (RAMAPO CENTRAL):

| Year | Levy Description | Hstd | Days | Exempt Amt | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|
| 2020 | RAMAPO CENTRAL | N | 64 | 226,600 | 197.104903 | 7,831.49 |
| 2020 | SUFFERN FREE LIBRARY | N | 64 | 226,600 | 6.098979 | 242.33 |
| 2021 | RAMAPO CENTRAL | N | 365 | 226,600 | 196.143599 | 44,446.14 |
| 2021 | SUFFERN FREE LIBRARY | N | 365 | 226,600 | 6.054956 | 1,372.05 |
| | | | | | Subtotal: | 53,892.01 |

### Municipal Collection:

| Year | Levy Description | Hstd | Days | Exempt Amt | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|
| 2020 | COUNTY | N | 186 | 226,600 | 27.060167 | 3,124.72 |
| 2020 | TOWN POLICE | N | 186 | 226,600 | 29.379650 | 3,392.55 |
| 2020 | GENERAL TOWN | N | 186 | 226,600 | 14.211410 | 1,641.03 |
| 2020 | UNINCORP TOWN | N | 186 | 226,600 | 2.318600 | 267.74 |
| 2020 | TOWN OUT/HIGHWAY | N | 186 | 226,600 | 14.228150 | 1,642.97 |
| 2021 | COUNTY | N | 365 | 226,600 | 27.006798 | 6,119.74 |
| 2021 | TOWN POLICE | N | 365 | 226,600 | 30.208700 | 6,845.29 |
| 2021 | GENERAL TOWN | N | 365 | 226,600 | 15.072500 | 3,415.43 |
| 2021 | UNINCORP TOWN | N | 365 | 226,600 | 2.773600 | 628.50 |
| 2021 | TOWN OUT/HIGHWAY | N | 365 | 226,600 | 10.123700 | 2,294.03 |
| | | | | | Subtotal: | 29,372.00 |

**GRAND TOTAL:**    83,264.01

THIS IS NOT A BILL

# TOWN OF RAMAPO
## 237 ROUTE 59
## SUFFERN, NEW YORK 10901
## (845) 357-5100

## NOTICE OF COMPLETION OF THE TENTATIVE ASSESSMENT ROLL
### [PURSUANT TO SECTION 506 and 526(1) OF THE RPTL]

### HEARING OF COMPLAINTS

**NOTICE IS HEREBY GIVEN** that the Assessor of the Town of Ramapo, County of Rockland, has completed the Tentative Assessment Roll for the current year: 2022, and that a copy thereof is available at the Town Hall and on the Town's website at http://www.ramapo.org/ where it may be seen and examined by any interested person until the

**FOURTH TUESDAY OF MAY; MAY 24, 2022,** and that on such day between the hours of **4:00 and 8:00 p.m.**, the Board of Assessment Review for the Town of Ramapo will meet at Ramapo Town Hall in the said Town to hear and examine all verified written complaints in relation to such assessments, and the application of any person believing himself aggrieved thereby. The Equalization Rate is 11.46%, the Residential Assessment Ratio is 10.30%, and the Level of Assessment is 10.30%.

RP-524 complaint forms with all supporting documentation must be filed at the Assessor's Office on or before 8:00 p.m. on May 24, 2022. RP-524 complaint forms can be sent via mail, but must be received by the Assessor's Office on or before May 24, 2022. The RP-524 complaint form may be found on the Town of Ramapo's website at http://www.ramapo.org/ or picked up at Town Hall.

**NOTICE IS HEREBY FURTHER GIVEN** that the Assessor will be available with such roll on:

| | |
|---|---|
| May 6th (Friday) | between the hours of 9:00 a.m. and 1:00 p.m. |
| May 16th (Monday) | between the hours of 1:00 p.m. and 5:00 p.m. |
| May 17th (Tuesday) | between the hours of 4:00 p.m. and 8:00 p.m. |
| May 21st (Saturday) | between the hours of 9:00 a.m. and 1:00 p.m. |
| May 24th (Tuesday) | **GRIEVANCE DAY** |

**Please call (845) 357-5100 ext. 261 if you would like to schedule an appointment with the Town Assessor pertaining to the Tentative Assessment Roll. Accommodations can be made for appointments to be in person or by telephone or other electronic means.**

A publication containing procedures for contesting an assessment is available at the Assessor's Office.

DATED THIS
APRIL 29, 2022

Scott J. Shedler
Assessor
Town of Ramapo

## SCHEDULE A

## EXEMPTION CODE DESCRIPTION

| | |
|---|---|
| 13800 | SCHOOL DISTRICT PROPERTY |
| 13500 | TOWN OWNED PROPERTY (GENERALLY) |
| 13650 | VILLAGE OWNED |
| 18020 | MUNICIPAL INDUST DEVEL AGENCY |
| 21600 | NON-PROFIT CLERGY RESIDENCE |
| 25110 | NON-PROFIT ORGNZTN-RELIGIOUS |
| 25120 | NON-PROFIT ORGNZTN-EDUCATIONAL |
| 25230 | NON-PROFIT MORAL OR MENTAL IMPROVEMENT |
| 27350 | CEMETARIES |
| 28120 | NON-PROFIT HSNG-SPECIFIC USE |
| 28220 | COMMUNITY DEV CORP-URBN RENWL |
| 41101 | VETERANS ELIGIBLE FUNDS CT |
| 41103 | VETERANS ELIGIBLE FUNDS T |
| 41112 | VETERANS RC |
| 41121 | VETERANS-WARTIME/NON-COMBAT |
| 41124 | VETERANS-WARTIME/NON-COMBAT SCHOOL |
| 41131 | VETERANS-WARTIME/COMBAT |
| 41134 | VETERANS-WARTIME/COMBAT SCHOOL |
| 41141 | VETERANS-WARTIME/DISABLED |
| 41144 | VETERANS-WARTIME/DISABLED SCHOOL |
| 41151 | VETERANS-COLD WAR |
| 41400 | CLERGY |
| 41661 | VOLUNTEER FIREFIGHTER/AMBULANCE WORKER |
| 41730 | AGRICULTURAL LAND |
| 41800 | SENIOR CITIZENS PARTIAL TAX EXEMPTION |
| 41900 | PHYSICALLY DISABLED |
| 41930 | PERSON WITH DISABILITY & LIMITED INCOME |
| 47600 | BUSINESS IMPROVEMENT |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To   Storm Dam LLC   c/o Jaks Rabbi Aryeh
Street and Apt. No., or PO Box No.   18 Mountain Ave.
City, State, ZIP+4®   Monsey, NY 10952

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 5724 8394



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shem Olam LLC
c/o 3aks Rabbi Aryeh
18 Mountain Ave.
Monsey, NY 10952.

9590 9402 6759 1074 0387 14

2. Article Number (Transfer from service label)
7020 3160 0000 5714 8194

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record that is retained by the Postal Service for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, Domestic Return Receipt; attach PS Form 3811 to your mailpiece; for an electronic version, see the USPS website at www.usps.com or contact your local Post Office™.

- To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age (not available at retail) and provides delivery to the addressee specified by name, or to the addressee's authorized agent.

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item to a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 PSN 7530-02-000-9047    (Reverse)

49,17-2-48



US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$008.16°
04/29/2022 ZIP 10901
043M31231080

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$    375

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$    1.53

Total Postage and Fees
$    8.16

Sent To
Strm Olam LLC   c/o Zaks Rabbi Aryeh
Street and Apt. No., or PO Box No.
18 Mountain Ave
City, State, ZIP+4®
Monsey, NY 10952

7020 3160 0000 5714 8194

7020 3160 0000 5714 8194

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

N. OF RAMAPO
ASSESSOR
7 ROUTE 59
ERN, NY 10901



