# EXHIBIT 6



429
RP-524 (3/09)

49.17-2-47

**NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE**
**OFFICE OF REAL PROPERTY TAX SERVICES**

**COMPLAINT ON REAL PROPERTY ASSESSMENT FOR 2022**

BEFORE THE BOARD OF ASSESSMENT REVIEW FOR  Ramapo
(city, town village or county)

## PART ONE: GENERAL INFORMATION

*(General information and instructions for completing this form are contained in form RP-524-Ins)*

1. Name and telephone no. of owner(s)

   Shem Olam LLC

   Day no. (845) 538 7909

   Evening no. ( )

2. Mailing Address of owner(s)

   18 MOUNTAIN AVE

   MONSEY NY 10952

   Email (optional)

3. Name, address and telephone no. of representative of owner, if representative is filing application.
(if applicable, complete Part Four on page 4.)

   Richard Sirajian

5215

#424 624

4. Property location

   82 Highview Rd
   Street Address                                    Village (if any)

   Suffern NY 10901                   Rockland
   City/Town                          County

   RCSD
   School District

5. Property identification (see tax bill or assessment roll)

   Tax map number or section/block/lot  49.17-2-42  and 49.17-2-47

   Type of property:   Residence _____    Farm _____    Vacant land _____
                       Commercial _____   Industrial _____   Other ✓

   Description:  Both parcels are part of a single YESHIVA CAMPUS at 82 Highview Rd

716.3

6. Assessed value appearing on the assessment roll:

   Land $ _____    Total $ _____

7. Property owner's estimate of market value of property as of valuation date (see instructions)    $ NA



RP-524 (03/09)    2

## PART TWO: INFORMATION NECESSARY TO DETERMINE VALUE OF PROPERTY
(If additional explanation or documentation is necessary, please attach)

Information to support the value of property claimed in Part One, item 7 (complete one or more):

1. \_\_\_\_ Purchase price of property: ................................................................ $ _____

   a. Date of purchase: _____

   b. Terms    _____ Cash    _____ Contract    _____ Other (explain)

   c. Relationship between seller and purchaser (parent-child, in-laws, siblings, etc.): _____

   d. Personal property, if any, included in purchase price (furniture, livestock, etc.; attach list and sales tax receipt): _____

2. \_\_\_\_ Property has been recently offered for sale (attach copy of listing agreement, if any):

   When and for how long: _____

   How offered: _____    Asking price: $ _____

3. \_\_\_\_ Property has been recently appraised (attach copy):    When: _____    By Whom: _____

   Purpose of appraisal: _____    Appraised value: $ _____

4. \_\_\_\_ Description of any buildings or improvements located on the property, including year of construction and present condition:

   _____

5. \_\_\_\_ Buildings have been recently remodeled, constructed or additional improvements made:

   Cost $ _____

   Date Started: _____    Date Completed: _____

   Complainant should submit construction cost details where available.

6. \_\_\_\_ Property is income producing (e.g., leased or rented), commercial or industrial property and the complainant is prepared to present detailed information about the property including rental income, operating expenses, sales volume and income statements.

7. \_\_\_\_ Additional supporting documentation (check if attached).

PP-524 (03/09)                                                                                                              4

## PART FOUR: DESIGNATION OF REPRESENTATIVE TO MAKE COMPLAINT

I, Henoch Zaks_____, as complainant (or officer thereof) hereby designate   Richard Sarajian Esq_____ to act as my representative in any and all proceedings before the board of assessment review of the city/town/village/county of   Rockland_____     for purposes of reviewing the assessment of my real property as it appears on the  22____ (year) tentative assessment roll of such assessing unit.

May 18 2022
_____                                                            _____
Date                                                                                 Signature of owner (or officer thereof)

## PART FIVE: CERTIFICATION

I certify that all statements made on this application are true and correct to be best of my knowledge and belief, and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the Penal Law relevant to the making and filing of false instruments.

5-18-22
_____                                                            _____
Date                                                                                 Signature of owner (or representative)

## PART SIX: STIPULATION

The complainant (or complainant's representative) and assessor (or assessor designated by a majority of the board of assessors) whose signatures appear below stipulate that the following assessed value is to be applied to the above described property on the _____ (year) assessment roll:    Land $_____      Total $_____
(Check box if stipulation approves exemption indicated in Part Three, section B.2. or C.1.)

_____       _____       _____
Complainant or representative                       Assessor                                    Date

### SPACE BELOW FOR USE OF BOARD OF ASSESSMENT REVIEW
                                          Disposition
☐ Unequal assessment              ☐ Excessive assessment
☐ Unlawful assessment             ☐ Misclassification
☐ Ratification of stipulated assessment    ☐ No change in assessment

Reason: __Denied_____     _Lloyd Tasch_____

Vote on Complaint

☒ All concur
☐ All concur except: _____  ☐ against     ☐ abstain     ☐ absent
                        Name
                     _____  ☐ against     ☐ abstain     ☐ absent
                        Name

                                                                       Decision by
                    Tentative assessment    Claimed assessment    Board of Assessment Review
Total assessment              $_____          $_____           $_____
Transition assessment (if any) ...$_____   $_____           $_____
Exempt amount ....................$_____   $_____           $_____
Taxable assessment...............$_____    $_____           $_____

Class designation and allocation of assessed value (if any):
Homestead ..................$_____         $_____           $_____
Non-homestead ...........$_____            $_____           $_____

Date notification mailed to complainant  _____

PART THREE: GROUNDS FOR COMPLAINT
A. UNEQUAL ASSESSMENT (Complete items 1-4)

1. The assessment is unequal for the following reason: (check a or b)
   a.___ The assessed value is at a higher percentage of value than the assessed value of other real property on the assessment roll.
   b.___ The assessed value of real property improved by a one, two or three family residence is at a higher percentage of full (market) value than the assessed value of other residential property on the assessment roll or at a higher percentage of full (market) value than the assessed value of all real property on the assessment roll.
2. The complainant believes this property should be assessed at _____% of full value based on one or more of the following (check one or more):
   a.___ The latest State equalization rate for the city, town or village in which the property is located is _____%.
   b.___ The latest residential assessment ratio established for the city, town or village in which the residential property is located. Enter latest residential assessment ratio only if property is improved by a one, two or three family residence _____%.
   c.___ Statement of the assessor or other local official that property has been assessed at _____%.
   d.___ Other (explain on attached sheet).
3. Value of property from Part one #7  $_____
4. Complainant believes the assessment should be reduced to $_____

B. EXCESSIVE ASSESSMENT (Check one or more)

The assessment is excessive for the following reason(s):
1. ___ The assessed value exceeds the full value of the property.
   a. Assessed value of property $_____
   b. Complainant believes that assessment should be reduced to full value of (Part one #7)$_____
   c. Attach list of parcels upon which complainant relies for objection, if applicable.
2. ___ The taxable assessed value is excessive because of the denial of all or portion of a partial exemption.
   a. Specify exemption (e.g., senior citizens, veterans, school tax relief [STAR]) _____
   b. Amount of exemption claimed $_____
   c. Amount granted, if any:$_____
   d. If application for exemption was filed, attach copy of application to this complaint.
3. ___ Improper calculation of transition assessment. (Applicable only in approved assessing unit which has adopted transition assessments.)
   a. Transition assessment $_____
   b. Transition assessment claimed $_____

C. UNLAWFUL ASSESSMENT (Check one or more)

The assessment is unlawful for the following reason(s):
1. ✓ Property is wholly exempt. (Specify exemption (e.g., nonprofit organization)) Rehovnon profit
2. ___ Property is entirely outside the boundaries of the city, town, village, school district or special district in which it is designated as being located.
3. ___ Property has been assessed and entered on the assessment roll by a person or body without the authority to make the entry.
4. ___ Property cannot be identified from description or tax map number on the assessment roll.
5. ___ Property is special franchise property, the assessment of which exceeds the final assessment thereof as determined by the State Board of Real Property Services. (Attach copy of State Board certificate.)

D. MISCLASSIFICATION (Check one)

The property is misclassified for the following reason (relevant only in approved assessing unit which establish homestead and non-homestead tax rates):
___ Class designation on the assessment roll: ............. _____
1.___ Complainant believes class designation should be............. _____
2.___ The assessed value is improperly allocated between homestead and non-homestead real property.

Allocation of assessed value on assessment roll              Claimed allocation
Homestead ................$_____                         _____
Non –Homestead ........$_____                            _____

# NOTICE OF DETERMINATION OF
# BOARD OF ASSESSMENT REVIEW
For the Town of Ramapo

6/29/2022

SHEM OLAM LLC
18 MOUNTAIN AVE
MONSEY, NY 10952

**Parcel ID:** 89/49.17-2-47
**Address:** 105 CARLTON RD
**Grievance Number:** 429
**Representative:** RICHARD SARAJIAN

The tentative assessed value of **250,000** for this property:
**HAS NOT BEEN REDUCED.**

Your complaint was based upon a contention that your assessment should be changed because of the following: Exemption

**EXEMPTION**
The taxable assessed value was determined to be 250,000.
**Your request for an exemption was denied because you do not qualify for the exemption.**

---

**ADDITIONAL FACTORS**

Factors in addition to or other than those listed that affected the determination were:
Exemption Denied

---

If you are dissatisfied with the determination of the Board of Assessment Review, you may seek judicial review of your assessment pursuant to Article 7 of the Real Property Tax Law (RPTL).

If you are the owner of a one, two or three family residential structure and reside at such residence, or, if you are the owner of unimproved property which is not of sufficient size as determined by your assessing unit to contain a one, two or three family residential structure, you may seek small claims assessment review pursuant to Title 1-A of Article 7 of the RPTL. Petitions for judicial review must be filed within thirty (30) days of the last date allowed by law for filing of the final assessment roll for your assessing unit, or the published notice of such filing, whichever is later. Petition forms for Small Claims Assessment Review may be obtained from the County Clerk's Office.

Vote on complaint:
**ALL CONCUR**

*Lloyd Tasch*

Lloyd Tasch
Chairperson - Board of Assessment Review

428

RP-524 (3/09)



# NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE
## OFFICE OF REAL PROPERTY TAX SERVICES

### COMPLAINT ON REAL PROPERTY ASSESSMENT FOR 2022

BEFORE THE BOARD OF ASSESSMENT REVIEW FOR  Ramapo
(city, town village or county)

### PART ONE: GENERAL INFORMATION

*(General information and instructions for completing this form are contained in form RP-524-Ins)*

1. Name and telephone no. of owner(s)
Shem Olam LLC

Day no. (845) 538 7909
Evening no. ( )

2. Mailing Address of owner(s)
18 MOUNTAIN AVE
MONSEY NY 10952

Email (optional)

3. Name, address and telephone no. of representative of owner, if representative is filing application. (if applicable, complete Part Four on page 4.)

Richard Sirajian

4. Property location
82 Highview Rd
Street Address                                   Village (if any)

Suffern NY 10901                    Rockland
City/Town                            County

RCSD
School District

(stamp: ASSESSOR'S OFFICE 2022 MAY 19 P 3:43 TOWN OF RAMAPO FILED)

5. Property identification (see tax bill or assessment roll)
Tax map number or section/block/lot  49.17-2-42  and 49.17-2-47

Type of property:    Residence ____    Farm ____    Vacant land ____
                     Commercial ____   Industrial ____   Other ✓

Description: Both parcels are part of a single YESHIVA CAMPUS at 82 Highview Rd

6. Assessed value appearing on the assessment roll:
Land $ _____    Total $ _____

7. Property owner's estimate of market value of property as of valuation date (see instructions)                                                              $ NA

RP-524 (03/09)                                                                                              2

## PART TWO: INFORMATION NECESSARY TO DETERMINE VALUE OF PROPERTY
(If additional explanation or documentation is necessary, please attach)

Information to support the value of property claimed in Part One, item 7 (complete one or more):

1. ____ Purchase price of property: ............................................................ $ _____

   a. Date of purchase: _____

   b. Terms _____ Cash _____ Contract _____ Other (explain)

   c. Relationship between seller and purchaser (parent-child, in-laws, siblings, etc.): _____

   d. Personal property, if any, included in purchase price (furniture, livestock, etc.; attach list and sales tax receipt): _____

2. ____ Property has been recently offered for sale (attach copy of listing agreement, if any):

   When and for how long: _____

   How offered: _____    Asking price: $ _____

3. ____ Property has been recently appraised (attach copy):    When: _____    By Whom: _____

   Purpose of appraisal: _____    Appraised value: $ _____

4. ____ Description of any buildings or improvements located on the property, including year of construction and present condition:

   _____

5. ____ Buildings have been recently remodeled, constructed or additional improvements made:

   Cost $ _____

   Date Started: _____    Date Completed: _____

   Complainant should submit construction cost details where available.

6. ____ Property is income producing (e.g., leased or rented), commercial or industrial property and the complainant is prepared to present detailed information about the property including rental income, operating expenses, sales volume and income statements.

7. ____ Additional supporting documentation (check if attached).

RP-524 (03/09) 4

## PART FOUR: DESIGNATION OF REPRESENTATIVE TO MAKE COMPLAINT

I, __Henoch Zaks_____, as complainant (or officer thereof) hereby designate __Richard Sarajian Esq_____ to act as my representative in any and all proceedings before the board of assessment review of the city/town/village/county of __Rockland_____ for purposes of reviewing the assessment of my real property as it appears on the __22____ (year) tentative assessment roll of such assessing unit.

May 18 2022
Date

_____
Signature of owner (or officer thereof)

## PART FIVE: CERTIFICATION

I certify that all statements made on this application are true and correct to be best of my knowledge and belief, and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the Penal Law relevant to the making and filing of false instruments.

5-18-22
Date

_____
Signature of owner (or representative)

## PART SIX: STIPULATION

The complainant (or complainant's representative) and assessor (or assessor designated by a majority of the board of assessors) whose signatures appear below stipulate that the following assessed value is to be applied to the above described property on the _____ (year) assessment roll:   Land $_____   Total $_____
☐ (Check box if stipulation approves exemption indicated in Part Three, section B.2. or C.1.)

_____    _____    _____
Complainant or representative              Assessor                                        Date

## SPACE BELOW FOR USE OF BOARD OF ASSESSMENT REVIEW

### Disposition
☐ Unequal assessment        ☐ Excessive assessment
☐ Unlawful assessment        ☐ Misclassification
☐ Ratification of stipulated assessment   ☐ No change in assessment

Reason: __Denied_____

_Lloyd Tasch (signature)_

### Vote on Complaint

☒ All concur
☐ All concur except: _____   ☐ against   ☐ abstain   ☐ absent
                              Name
                   _____   ☐ against   ☐ abstain   ☐ absent
                              Name

|  | Tentative assessment | Claimed assessment | Decision by Board of Assessment Review |
|---|---|---|---|
| Total assessment | $_____ | $_____ | $_____ |
| Transition assessment (if any) | $_____ | $_____ | $_____ |
| Exempt amount | $_____ | $_____ | $_____ |
| Taxable assessment | $_____ | $_____ | $_____ |

Class designation and allocation of assessed value (if any):
| Homestead | $_____ | $_____ | $_____ |
| Non-homestead | $_____ | $_____ | $_____ |

Date notification mailed to complainant _____

PART THREE: GROUNDS FOR COMPLAINT
A. UNEQUAL ASSESSMENT (Complete items 1-4)

1. The assessment is unequal for the following reason: (check a or b)
   a. ___ The assessed value is at a higher percentage of value than the assessed value of other real property on the assessment roll.
   b. ___ The assessed value of real property improved by a one, two or three family residence is at a higher percentage of full (market) value than the assessed value of other residential property on the assessment roll or at a higher percentage of full (market) value than the assessed value of all real property on the assessment roll.
2. The complainant believes this property should be assessed at _____% of full value based on one or more of the following (check one or more):
   a. ___ The latest State equalization rate for the city, town or village in which the property is located is _____%.
   b. ___ The latest residential assessment ratio established for the city, town or village in which the residential property is located. Enter latest residential assessment ratio only if property is improved by a one, two or three family residence _____%.
   c. ___ Statement of the assessor or other local official that property has been assessed at _____%.
   d. ___ Other (explain on attached sheet).
3. Value of property from Part one #7 $_____
4. Complainant believes the assessment should be reduced to $_____

B. EXCESSIVE ASSESSMENT (Check one or more)

The assessment is excessive for the following reason(s):
1. ___ The assessed value exceeds the full value of the property.
   a. Assessed value of property $_____
   b. Complainant believes that assessment should be reduced to full value of (Part one #7)$_____
   c. Attach list of parcels upon which complainant relies for objection, if applicable.
2. ___ The taxable assessed value is excessive because of the denial of all or portion of a partial exemption.
   a. Specify exemption (e.g., senior citizens, veterans, school tax relief [STAR]) _____
   b. Amount of exemption claimed $_____
   c. Amount granted, if any:$_____
   d. If application for exemption was filed, attach copy of application to this complaint.
3. ___ Improper calculation of transition assessment. (Applicable only in approved assessing unit which has adopted transition assessments.)
   a. Transition assessment$_____
   b. Transition assessment claimed $_____

C. UNLAWFUL ASSESSMENT (Check one or more)

The assessment is unlawful for the following reason(s):
1. ✓ Property is wholly exempt. (Specify exemption (e.g., nonprofit organization)) _religious non profit_
2. ___ Property is entirely outside the boundaries of the city, town, village, school district or special district in which it is designated as being located.
3. ___ Property has been assessed and entered on the assessment roll by a person or body without the authority to make the entry.
4. ___ Property cannot be identified from description or tax map number on the assessment roll.
5. ___ Property is special franchise property, the assessment of which exceeds the final assessment thereof as determined by the State Board of Real Property Services. (Attach copy of State Board certificate.)

D. MISCLASSIFICATION (Check one)

The property is misclassified for the following reason (relevant only in approved assessing unit which establish homestead and non-homestead tax rates):
___ Class designation on the assessment roll: .............................. _____
1. ___ Complainant believes class designation should be............. _____
2. ___ The assessed value is improperly allocated between homestead and non-homestead real property.

Allocation of assessed value on assessment roll       Claimed allocation
Homestead ................$_____                  _____
Non –Homestead .......$_____                     _____

PART FOUR: DESIGNATION OF REPRESENTATIVE TO MAKE COMPLAINT

I, _____, as complainant (or officer thereof) hereby designate_____ to act as my representative in any and all proceedings before the board of assessment review of the city/town/village/county of _____ for purposes of reviewing the assessment of my real property as it appears on the _____ (year) tentative assessment roll of such assessing unit.

_____                                              _____
Date                                                                Signature of owner (or officer thereof)

PART FIVE: CERTIFICATION

I certify that all statements made on this application are true and correct to be best of my knowledge and belief, and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the Penal Law relevant to the making and filing of false instruments.

_____                                              _____
Date                                                                Signature of owner (or representative)

PART SIX: STIPULATION

The complainant (or complainant's representative) and assessor (or assessor designated by a majority of the board of assessors) whose signatures appear below stipulate that the following assessed value is to be applied to the above described property on the _____ (year) assessment roll: Land $_____    Total $_____
☐ (Check box if stipulation approves exemption indicated in Part Three, section B.2. or C.1.)

_____   _____   _____
Complainant or representative    Assessor                Date

SPACE BELOW FOR USE OF BOARD OF ASSESSMENT REVIEW

Disposition
☐ Unequal assessment              ☐ Excessive assessment
☐ Unlawful assessment             ☐ Misclassification
☐ Ratification of stipulated assessment    ☐ No change in assessment

Reason: _____

Vote on Complaint

☐ All concur
☐ All concur except: _____    ☐ against    ☐ abstain    ☐ absent
                          Name
                     _____    ☐ against    ☐ abstain    ☐ absent
                          Name

|  | Tentative assessment | Claimed assessment | Decision by Board of Assessment Review |
|---|---|---|---|
| Total assessment | $_____ | $_____ | $_____ |
| Transition assessment (if any) | $_____ | $_____ | $_____ |
| Exempt amount | $_____ | $_____ | $_____ |
| Taxable assessment | $_____ | $_____ | $_____ |

Class designation and allocation of assessed value (if any):
| Homestead | $_____ | $_____ | $_____ |
| Non-homestead | $_____ | $_____ | $_____ |

NYS DEPARTMENT OF TAXATION & FINANCE - OFFICE OF REAL PROPERTY TAX SERVICE    RP-524 (3/09)

COMPLAINT ON REAL PROPERTY ASSESSMENT FOR 20\_\_\_\_

BEFORE THE BOARD OF ASSESSMENT REVIEW FOR _____
(city, town, village or county)

PART ONE: GENERAL INFORMATION
*(General information and instructions for completing this form are contained in form RP-524-Ins)*

1. Name and telephone no. of owner(s)        2. Mailing Address of owner(s)

   Day no. (   )

   Evening no. (   )                          Email (optional)

3. Name, address and telephone no. of representative of owner, if representative is filing application.
   (if applicable, complete Part Four on page 4.)

4. Property location

   _____          _____
   Street Address                      Village (if any)

   _____          _____
   City/Town                           County

                     _____
                     School District

5. Property identification (see tax bill or assessment roll)

   Tax map number or section/block/lot _____

   Type of property:      Residence _____     Farm _____        Vacant land _____
                          Commercial _____    Industrial _____  Other _____

   Description: _____

   Assessed value appearing on the assessment roll:

6. Land $_____       Total $_____

7. Property owner's estimate of market value of property as of valuation date (see instructions) $_____

[Sidebar left margin: Property ID (SBL) / Exemption/Value / Reviewed By / MM/YYYY / SWIS Code / Prop Type — FOR ASSESSOR'S OFFICE USE ONLY — DO NOT WRITE HERE]

PART TWO: INFORMATION NECESSARY TO DETERMINE VALUE OF PROPERTY
(If additional explanation or documentation is necessary, please attach)

Information to support the value of property claimed in Part One, item 7 (complete one or more):

1. ____ Purchase price of property:       $_____

   a. Date of purchase: _____

   b. Terms:       _____Cash    _____Contract    _____Other (explain)

   c. Relationship between seller and purchaser (parent-child, in-laws, siblings, etc.): _____

   d. Personal property, if any, included in purchase price (furniture, livestock, etc.; attach list and sales tax receipt): _____

2. ____ Property has been recently offered for sale (attach copy of listing agreement, if any):

   When and for how long: _____

   How offered: _____     Asking price: $_____

3. ____ Property has been recently appraised (attach copy): When: _____ By Whom: _____

   Purpose of appraisal: _____     Appraised value: $_____

4. ____ Description of any buildings or improvements located on the property, including year of construction and present condition: _____
   _____
   _____

5. ____ Buildings have been recently remodeled, constructed or additional improvements made:

   Cost $_____

   Date Started: _____     Date Completed: _____

   Complainant should submit construction cost details where available.

6. ____ Property is income producing (e.g., leased or rented), commercial or industrial property and the complainant is prepared to present detailed information about the property including rental income, operating expenses, sales volume and income statements.

7. ____ Additional supporting documentation (check if attached).

# NOTICE OF DETERMINATION OF
# BOARD OF ASSESSMENT REVIEW
For the Town of Ramapo

6/29/2022

SHEM OLAM LLC
C/O ZAKS RABBI ARYEH
18 MOUNTAIN AVE
MONSEY, NY 10952

**Parcel ID:** 89/49.17-2-42
**Address:** 82 HIGHVIEW RD
**Grievance Number:** 428
**Representative:** RICHARD SARAJIAN

The tentative assessed value of **226,600** for this property:
**HAS NOT BEEN REDUCED.**

Your complaint was based upon a contention that your assessment should be changed because of the following:    Exemption

## EXEMPTION

The taxable assessed value was determined to be 226,600.
**Your request for an exemption was denied because you do not qualify for the exemption.**

### ADDITIONAL FACTORS

Factors in addition to or other than those listed that affected the determination were:
Exemption Denied

If you are dissatisfied with the determination of the Board of Assessment Review, you may seek judicial review of your assessment pursuant to Article 7 of the Real Property Tax Law (RPTL).

If you are the owner of a one, two or three family residential structure and reside at such residence, or, if you are the owner of unimproved property which is not of sufficient size as determined by your assessing unit to contain a one, two or three family residential structure, you may seek small claims assessment review pursuant to Title 1-A of Article 7 of the RPTL. Petitions for judicial review must be filed within thirty (30) days of the last date allowed by law for filing of the final assessment roll for your assessing unit, or the published notice of such filing, whichever is later. Petition forms for Small Claims Assessment Review may be obtained from the County Clerk's Office.

Vote on complaint:
**ALL CONCUR**

*Lloyd Tasch* (signature)

Lloyd Tasch
Chairperson - Board of Assessment Review

j:\pas32\lettertemplates\ramapo notice of determination_template.doc