FOR INQUIRIES CALL:  WESLEY HILLS
(845) 354-6009

00   0 03843M NM  017

000009795 FIDS1548D01701110655 01 000000 009795 001     P

SHEM OLAM LLC
DEBTOR IN POSSESSION CASE#22-22493-SHL
HENOCH ZAKS, TRUSTEE
18 MOUNTAIN AVE
MONSEY NY 10952-2949

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▇▇▇▇1107 | 10/01/22 - 10/31/22 |
| BEGINNING BALANCE | $98.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 2.00 |
| ENDING BALANCE | $96.00 |

ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2022 | BEGINNING BALANCE | | | $98.00 |
| 10/14/2022 | SERVICE CHARGE FOR ACCOUNT ▇▇▇▇1107 NUMBER OF DEPOSITS/CHECKS PAID | 0 | $2.00 0 | 96.00 |

PAGE 1 OF 1

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524