# EXHIBIT 3

Paul Piperato, County Clerk
1 South Main St., Ste. 100
New City, NY  10956
(845) 638-5070

## Rockland County Clerk Recording Cover Sheet

**Received From :**
YESHIVA CHOFETZ CHAIM
82 HIGHVIEW RD
SUFFERN, NY  10901

**Return To :**
MICHAEL G GARTLAND ESQ    SW
35 MARKET ST
POUGHKEEPSIE, NY  12601

**Method Returned :** MAIL

**First GRANTOR**

SMITH, MARGARET R -REFEREE

**First GRANTEE**

TD BANK NA

Index Type : Land Records
**Instr Number :** 2014-00003867
**Book :**                 **Page :**

**Type of Instrument :**
**Type of Transaction :** Deed Other
**Recording Fee:**              $316.00

**Recording Pages :**                    5

The Property affected by this instrument is situated in Ramapo, in the
County of Rockland, New York

| Real Estate Transfer Tax | |
| --- | --- |
| RETT # : | 2853 |
| Deed Amount : | $2,670,000.00 |
| RETT Amount : | $10,680.00 |
| Total Fees : | $10,996.00 |

State of New York

County of Rockland

I hereby certify that the within and foregoing was
recorded in the Clerk's office for Rockland County,
New York

On (Recorded Date) : 02/10/2014

At (Recorded Time) : 12:40:00 PM

Doc ID - 032198580005

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: COUNTER1  Printed On : 02/11/2014    At : 10:34:54AM

## REFEREE'S DEED

This deed, made the 20th day of August, 2013, between **MARGARET REGAN SMITH**, referee, 107 North Main Street, New City, New York duly appointed in the action hereinafter mentioned, grantor, and **TD BANK, N.A.**, a national banking association, with offices at One Portland Square, Portland, Maine 04101, grantee.

Witness, that the grantor, the referee appointed in an action between TD Bank, N.A., plaintiff, and Yeshiva Chofetz Chaim; Yeshiva Chofetz Chaim Inc.; Yeshiva Chofetz Chaim Radin; People of the State of New York; Panco Petroleum Products; Chaitan, Stewart Ascape Landscape & Construction Corp.; Renee Gross; B & Z Development Inc. and "John" Brook, defendant, foreclosing a mortgage recorded on June 14, 2005, in the office of the Clerk of the County of Rockland, in Instrument # 2005-32128, in pursuance of a judgment entered at an IAS Part of the Supreme Court, on April 29, 2011, and in consideration of One Million Six Hundred Four Thousand Five Hundred Ten and no/100 Dollars ($1,604,510.00) paid by the grantee, being the highest sum bid at the sale under the above-referenced judgment, does hereby grant and convey unto the grantee, all of that certain real property located in the Village of Suffern, Town of Ramapo, County of Rockland, State of New York, and more particularly described on **SCHEDULE A** annexed hereto.

The premises are not in an agricultural district and the parcel is entirely owned by the transferor by virtue of a power of sale contained in the Judgment referred to above.

To have and to hold the premises herein granted unto the grantee, its successors and assigns forever.

In witness whereof, the grantor has hereunto set her hand and seal the day and year first above written.

_____
MARGARET REGAN SMITH, Referee

State of New York        )
                         ) ss.:
County of Rockland       )

On the 20th day of August, 2013 before me, the undersigned, personally appeared MARGARET REGAN SMITH, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

RECORD & RETURN TO:

MICHAEL G. GARTLAND, ESQ.
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

BARBARA L. GIONTA
Notary Public, State of New York
No. 02GI6044763
Qualified in Rockland County
Commission Expires Nov. 16, 20_13_

3-R

**Schedule A**

Tax Lot 49.17-2-47

ALL that certain plot, piece or parcel of land, with the buildings and
improvements thereon erected, situate, lying and being in the Village of Suffern,
Town of Ramapo, County of Rockland, State of New York, known and
designated as Lot 47 and 47.1 Block No. 2, which said lot is more particularly
bounded and described as follows:

BEGINNING at a point locate on the northerly boundary of Highview Road, said
point being located 30 feet from the centerline of the original right of way of
Highview Road and further described as being located 102.01 feet from the
westerly terminus of the westerly return curve formed by the intersection of the
northerly right of way of Highview Road and the westerly boundary of Wendover
Lane;

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West
199.33 feet;

On a curve to the left on a reverse tangent to the previous course a radius of 25
feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58
minutes 00 seconds;

North 19 degrees 22 minutes 00 seconds East 336.53 feet;

North 74 degrees 27 minutes 03 seconds west 300.81 feet to a point located
along a stone wall;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 831.09 feet to a
point located 25 feet southerly from the centerline of the original right of way of
Carlton Road;

On a curve to the left, concentric with Carlton Road a radius of 94.42 feet, an arc
length of 27.61 feet, subtended by a central angle of 16 degrees 45 minutes 11
seconds and having a chord bearing North 34 degrees 12 minutes 12 seconds
East;

Along a stone wall South 72 degrees 15 minutes 00 seconds East 707.77 feet to
an existing marble monument;

South 19 degrees 22 minutes 00 seconds West 1170.03 feet to the point of
BEGINNING.

**Schedule A**

Tax Lot 49.17-2-42

BEGINNING at a point locate on the northerly boundary of Highview Road, said point being located 30 feet from the centerline of the original right of way of Highview Road and further described as being located 301.34 feet from the westerly terminus of the westerly return curve formed by the intersection of the northerly right of way of Highview Road and the westerly boundary of Wendover Lane;

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West 171.28 feet;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 369.05 feet;

South 74 degrees 27 minutes 03 seconds West 300.81 feet;

South 19 degrees 22 minutes 00 seconds East 336.53 feet;

On a curve to the right on a tangent to the previous course a radius of 25 feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58 minutes 00 seconds to the point of BEGINNING.

INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us

**FOR COUNTY USE ONLY**

C1. SWIS Code    3,9,2,6,8,9

C2. Date Deed Recorded    2 / 10 / 2014

C3. Book 2,0,1,4,    C4. Page 3,8,6,7,

New York State Department of
**Taxation and Finance**
Office of Real Property Tax Services
**RP-5217-PDF**
Real Property Transfer Report (8/10)

**PROPERTY INFORMATION**

1. Property Location    82 and 24 — *STREET NUMBER*    HIghview Road — *STREET NAME*

Ramapo — *CITY OR TOWN*    Suffern — *VILLAGE*    10901 — *ZIP CODE*

2. Buyer Name    TD Bank, N.A. — *LAST NAME/COMPANY*    *FIRST NAME*

*LAST NAME/COMPANY*    *FIRST NAME*

3. Tax Billing Address    Indicate where future Tax Bills are to be sent if other than buyer address(at bottom of form)    *LAST NAME/COMPANY*    *FIRST NAME*

*STREET NUMBER AND NAME*    *CITY OR TOWN*    *STATE*    *ZIP CODE*

4. Indicate the number of Assessment Roll parcels transferred on the deed    2    # of Parcels    OR    ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists    ☐
4B. Subdivision Approval was Required for Transfer    ☐
4C. Parcel Approved for Subdivision with Map Provided    ☐

5. Deed Property Size    ____ X ____    OR    13.54
*FRONT FEET*    *DEPTH*    *ACRES*

6. Seller Name    Smith (REFEREE) — *LAST NAME/COMPANY*    Margaret Regan — *FIRST NAME*

*LAST NAME/COMPANY*    *FIRST NAME*

*7. Select the description which most accurately describes the use of the property at the time of sale:

I. Community Service

Check the boxes below as they apply:
8. Ownership Type is Condominium    ☐
9. New Construction on a Vacant Land    ☐
10A. Property Located within an Agricultural District    ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District    ☐

**SALE INFORMATION**

11. Sale Contract Date    ____

*12. Date of Sale/Transfer    12/31/2013

*13. Full Sale Price    2,670,000 .00

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

14. Indicate the value of personal property included in the sale    .00

16. Check one or more of these conditions as applicable to transfer:
A. Sale Between Relatives or Former Relatives
B. Sale between Related Companies or Partners in Business.
C. One of the Buyers is also a Seller
☒ D. Buyer or Seller is Government Agency or Lending Institution
E. Deed Type not Warranty or Bargain and Sale (Specify Below)
F. Sale of Fractional or Less than Fee Interest (Specify Below)
G. Significant Change in Property Between Taxable Status and Sale Dates
H. Sale of Business is Included in Sale Price
☒ I. Other Unusual Factors Affecting Sale Price (Specify Below)
J. None

*Comment(s) on Condition:
referee deed - foreclosure

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken(YY)    11    *17. Total Assessed Value    476,600

*18. Property Class    612 — ____ - ____    *19. School District Name    Ramapo

*20. Tax Map Identifier(s)/Roll Identifier(s) (if more than four, attach sheet with additional identifier(s))

49.17-2-47    49.17-2-42

**CERTIFICATION**

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

**SELLER SIGNATURE**

*[signature]*
SELLER SIGNATURE    DATE

**BUYER SIGNATURE**

*[signature]*    1/29/14
BUYER SIGNATURE    DATE

**BUYER CONTACT INFORMATION**

(Enter information for the buyer. Note: if buyer is LLC, society, association, corporation, joint stock company, estate or entity that is not an individual agent or fiduciary, then a name and contact information of an individual/responsible party who can answer questions regarding the transfer must be entered. Type or print clearly.)

Casale — *LAST NAME*    Fred — *FIRST NAME*

(207) — *AREA CODE*    761-8554 — *TELEPHONE NUMBER (Ex: 999999)*

P. O. Box 9540 — *STREET NUMBER*    *STREET NAME*

Portland — *CITY OR TOWN*    ME — *STATE*    04112 — *ZIP CODE*

**BUYER'S ATTORNEY**

Gartland — *LAST NAME*    Michael G. — *FIRST NAME*

(845) — *AREA CODE*    454-1110 — *TELEPHONE NUMBER (Ex: 999999)*