# EXHIBIT 4

Paul Piperato, County Clerk
1 South Main St., Ste. 100
New City, NY 10956
(845) 638-5070

# Rockland County Clerk Recording Cover Sheet

**Received From:**
RIVERSIDE ABSTRACT, LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY 11234

**Return To:**
RIVERSIDE ABSTRACT, LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY 11234

**Method Returned:** ERECORDING

**First GRANTOR**
TD BANK NA

**First GRANTEE**
DEL REALTY LLC

**Index Type:** Land Records
**Instr Number:** 2017-00031743
**Book:**           **Page:**

**Type of Instrument:** Deed
**Type of Transaction:** Deed Other
**Recording Fee:** $321.00

**Recording Pages:** 6

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

### Real Estate Transfer Tax

**RETT #:** 1353
**Deed Amount:** $1,400,000.00
**RETT Amount:** $5,600.00

**Total Fees:** $5,921.00

State of New York
County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date): 10/04/2017
At (Recorded Time): 11:55:00 AM

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: NYROCKLANDUSER15   Printed On: 10/04/2017   At: 11:56:07AM

Rockland
S: 44.17
B: 2
C: 42 and 47

# DEED

THIS INDENTURE, made the ~~10th~~ *as of* 18 ~~day of August,~~ *September* 2017, between **TD BANK, N.A.**, a national banking association, with offices at One Portland Square, Portland, Maine 04101, party of the first part, and **DEL REALTY, LLC**, a Delaware Limited Liability Company, with offices at 20 F Robert Pitt Drive, Suite 204, Monsey, New York 10952, party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other good and valuable consideration, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Village of Suffern, Town of Rampo, County of Rockland and State of New York, and more particularly described as on **SCHEDULE A** annexed hereto:

This conveyance is made in the regular course of business of the party of the first part herein and does not represent all or substantially all of the assets of the party of the first part.

The premises are not in an agricultural district and the parcel is entirely owned by the party of the first part.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever except as aforesaid. AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payments of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

In presence of:

TD BANK, N.A.

_____
Florinda Franklin, V.P.

State of __Maine__ )
                   ) ss.:
County of __Cumberland__ )

On the __10th__ day of August, 2017 before me, the undersigned, personally appeared Florinda Franklin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

KIMBERLY N. BAKER
Notary Public
Maine
My Commission Expires Jul 13, 2021

**RECORD & RETURN:**

KEVIN J. NASH, ESQ.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 BROADWAY, 22ND FLOOR
NEW YORK, NEW YORK 10036

# RIVERSIDE ABSTRACT, LLC
### as Agent for
### Fidelity National Title Insurance Company

SCHEDULE A – DESCRIPTION

Title No.: **RANY-15937**

Parcel I:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Village of Suffern, Town of Ramapo, County of Rockland, State of New York, more particularly bounded and described as follows:

BEGINNING at a point locate on the northerly boundary of Highview Road, said point being located 30 feet from the centerline of the original right of way of Highview Road and further described as being located 301.34 feet from the westerly terminus of the westerly return curve formed by the intersection of the northerly right of way of Highview Road and the westerly boundary of Wendover Lane:

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West 171.28 feet;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 369.05 feet;

THENCE South 74 degrees 27 minutes 03 seconds West 300.81 feet;

THENCE South 19 degrees 22 minutes 00 seconds East 336.53 feet;

On a curve to the right on a tangent to the previous course a radius of 25 feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58 minutes 00 seconds to the point of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 49.17 Block 2, Lot 42 Rockland County and also known as 24 Highview Road.

## SCHEDULE A cont.

Parcel II:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Village of Suffern, Town of Ramapo, County of Rockland, State of New York, known and designated as Lot 47 and 47.1 Block No. 2, which said lot is more particularly bounded and described as follows:

BEGINNING at a point locate on the northerly boundary of Highview Road, said point being located, 30 feet from the centerline of the original right of way of Highview Road and further described as being located 102.01 feet from the westerly terminus of the westerly return curve formed by the intersection of the northerly right of way of Highview Road and the westerly boundary of Wendover Lane;

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West 199.33 feet;

On a curve to the left on a reverse tangent to the previous course a radius of 25 feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58 minutes 00 seconds;

North 19 degrees 22 minutes 00 seconds East 336.53 feet;

North 74 degrees 27 minutes 03 seconds west 300.81 feet to a point located along a stone wall;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 831.09 feet to a point located 25 feet southerly from the centerline of the original right of way of Carlton Road;

On a curve to the left, concentric with Carlton Road a radius of 94.42 feet, an arc length of 27.61 feet, subtended by a central angle of 16 degrees 45 minutes 11 seconds and having a chord bearing North 34 degrees 12 minutes 12 seconds East;

Along a stone wall South 72 degrees 15 minutes 00 seconds East 707.77 feet to an existing marble monument;

South 19 degrees 22 minutes 00 seconds West 1170.03 feet to the point of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 49.17 Block 2, Lot 47 Rockland County and also known as 82 Highview Road.

| | |
|---|---|
| FOR COUNTY USE ONLY  392607 | INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us |
| C1. SWIS Code | |
| C2. Date Deed Recorded  10/4/2017 | New York State Department of **Taxation and Finance** |
| 2017 | Office of Real Property Tax Services |
| C3. Book    C4. Page  31743 | **RP- 5217-PDF** |
| PROPERTY INFORMATION | Real Property Transfer Report (8/10) |

**1. Property Location**
STREET NUMBER: 82 and 105
STREET NAME: HIGHVIEW RD & CARLTON RD
CITY OR TOWN: RAMPO / RAMAPO
VILLAGE: SUFFERN
ZIP CODE: 10901

**2. Buyer Name**
LAST NAME/COMPANY: DEL REALTY LLC
FIRST NAME:

**3. Tax Billing Address** — Indicate where future Tax Bills are to be sent if other than buyer address(at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed**: 2 # of Parcels   OR ☐ Part of a Parcel

**5. Deed Property Size**: FRONT FEET ___ X DEPTH ___ OR ACRES 13.54

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

**6. Seller Name**
LAST NAME/COMPANY: DEL REALTY LLC

**7. Select the description which most accurately describes the use of the property at the time of sale:**
I. Community Service

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on a Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

**SALE INFORMATION**

11. Sale Contract Date: 07/25/2017
12. Date of Sale/Transfer: 09/18/2017
13. Full Sale Price: 1,400,000.00

15. Check one or more of these conditions as applicable to transfer:
☐ A. Sale Between Relatives or Former Relatives
☐ B. Sale between Related Companies or Partners in Business
☐ C. One of the Buyers is also a Seller
☒ D. Buyer or Seller is Government Agency or Lending Institution
☐ E. Deed Type not Warranty or Bargain and Sale (Specify Below)
☐ F. Sale of Fractional or Less than Fee Interest (Specify Below)
☐ G. Significant Change in Property Between Taxable Status and Sale Dates
☐ H. Sale of Business is Included in Sale Price
☐ I. Other Unusual Factors Affecting Sale Price (Specify Below)
☐ J. None

14. Indicate the value of personal property included in the sale: 0.00

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken(YY): 17
17. Total Assessed Value: $226,600.00 and $$250,000.00
18. Property Class: 612 and 312
19. School District Name: RAMPO
20. Tax Map Identifier(s)/Roll Identifier(s): 49.17-2-42    49.17-2-47

**CERTIFICATION**

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

SELLER SIGNATURE: [signed] DBank NA    DATE: 9/13/17
BUYER SIGNATURE: [signed]    DATE: 9/13/17

**BUYER CONTACT INFORMATION**
DEL REALTY LLC
LAST NAME: Karmel    FIRST NAME: Jacob
STREET NUMBER: 400    STREET NAME: Rella Blvd suite 200
CITY OR TOWN: Montibello    STATE: NY    ZIP CODE: 10901

**BUYER'S ATTORNEY**
LAST NAME: STURTA    FIRST NAME: BARRY A.
AREA CODE: (845)    TELEPHONE NUMBER: 369-3000