# EXHIBIT 5

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS        ALBANY, NY 12231-0001

                        ONLINE FILING RECEIPT
================================================================================

  ENTITY NAME: 82 HIGHVIEW LLC

  DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC)         COUNTY: ROCK
================================================================================
  FILED:10/16/2018  DURATION:*********  CASH#:181016010199  FILE#:181016010199
                               DOS ID:5426447

   FILER:
   ------                                                    EXIST DATE
   RABBI ZAKS                                                ----------
   82 HIGHVIEW RD                                            10/16/2018
   SUFFERN, NY 10901

   ADDRESS FOR PROCESS:
   --------------------
   82 HIGHVIEW LLC
   82 HIGHVIEW RD
   SUFFERN, NY 10901

   REGISTERED AGENT:
   -----------------
```



```
  The limited liability company is required to file a Biennial Statement with the
  Department of State every two years pursuant to Limited Liability Company Law
  Section 301. Notification that the Biennial Statement is due will only be made via
  email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to
  receive an email notification when the Biennial Statement is due.
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

  FEE:            200.00
                 --------                             PAYMENTS        200.00
  FILING:         200.00                                             --------
  TAX:              0.00                              CHARGE          200.00
  PLAIN COPY:       0.00                              DRAWDOWN          0.00
  CERT COPY:        0.00
  CERT OF EXIST:    0.00
================================================================================
                                                     DOS-1025 (04/2007)
```

Authentication Number: 1810160193  To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# ACKNOWLEDGEMENT COPY

## ARTICLES OF ORGANIZATION
## OF
## 82 Highview LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**82 Highview LLC**

**SECOND:** To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the limited liability company is to be located is ROCKLAND.

**FOURTH:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

82 Highview LLC
82 Highview Rd
Suffern, NY 10901

**FIFTH:** The existence of the limited liability company shall begin upon filing of these Articles of Organization with the Department of State.

**SIXTH:** The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

DOS-1239-f-11 (Rev. 02/12)

Page 1 of 2

ACKNOWLEDGEMENT COPY

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

Rabbi Zaks, Authorized signatory  (signature)
_____
Rabbi Zaks , ORGANIZER
82 Highview Rd
Suffern, NY 10901

**Filed by:**
Rabbi Zaks
82 Highview Rd
Suffern, NY 10901

**ACKNOWLEDGEMENT COPY**

Page 2 of 2