# EXHIBIT 6

February 9, 2022 | 1:57 pm

**COVID-19 Vaccines**

Children ages 5+ are eligible for the COVID-19 vaccine and children ages 12+ are eligible for a booster. Parents and guardians: make sure your child gets vaccinated and stays up to date with all recommended doses.

VAX FOR KIDS >

# Department of State
## Division of Corporations

Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** 82 HIGHVIEW LLC
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**DATE OF INITIAL DOS FILING:** 10/16/2018
**EFFECTIVE DATE INITIAL FILING:** 10/16/2018
**FOREIGN FORMATION DATE:**
**COUNTY:** ROCKLAND
**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 5426447
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**NEXT STATEMENT DUE DATE:** 10/31/2020
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** 82 HIGHVIEW LLC
**Address:** 82 HIGHVIEW RD, SUFFERN, NY, UNITED STATES, 10901

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

### Entity Primary Location Name and Address

**Name:**
**Address:**