# EXHIBIT 8

Paul Piperato, County Clerk
1 South Main St., Ste. 100
New City, NY 10956
(845) 638-5070

# Rockland County Clerk Recording Cover Sheet

**Received From :**
RIVERSIDE ABSTRACT, LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY 11234

**Return To :**
RIVERSIDE ABSTRACT, LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY 11234

**Method Returned :** ERECORDING

**First GRANTOR**
DEL REALTY LLC

**First GRANTEE**
82 HIGHVIEW LLC

**Index Type :** Land Records
**Instr Number :** 2018-00037834
**Book :**              **Page :**

**Type of Instrument :** Deed
**Type of Transaction :** Deed Other
**Recording Fee:**           $321.00

**Recording Pages :**        6

### Real Estate Transfer Tax

| | |
|---|---|
| **RETT # :** | 3038 |
| **Deed Amount :** | $0.00 |
| **RETT Amount :** | $0.00 |
| **Total Fees :** | $321.00 |

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

State of New York
County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 12/31/2018
At (Recorded Time) : 12:27:00 PM

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: NYROCKLANDUSER26  Printed On : 12/31/2018    At : 12:28:18PM

Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made as of the 23rd Day of October, 2018

**BETWEEN DEL REALTY LLC** having an address at 20 F Robert Pitt Drive, Suite 204, Monsey, NY 10952, party of the first part,

**AND 82 HIGHVIEW LLC** having an address at 82 Highview Road, Suffern, NY 10952, party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten dollars and other good and valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**See attached Schedule A**

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

DEL REALTY LLC

By: _Jacob Karmel, Authorized Signatory_

USE ACKNOWLEDGEMENT FORM BELOW WITHIN NEW YORK STATE ONLY:

State of New York,
County of Rockland                    ) ss.:
On the 28 of December, 2018
before me, the undersigned, personally appeared
Jacob Karmel
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

[signature]

SHLOIME SILBIGER
Notary Public - State of New York
NO. 01SI6236859
Qualified in Rockland County
My Commission Expires Mar 7, 2019

USE ACKNOWLEDGEMENT FORM BELOW WITHIN NEW YORK STATE ONLY:

State of New York,
County of _____                    ) ss.:
On the ____ of _____, 2018
before me, the undersigned, personally appeared _____
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ACKNOWLEDGEMENT FORM FOR USE WITHIN NEW YORK STATE ONLY:
(New York Subscribing Witness Acknowledgement Certificate)
State of New York, County of _____
) ss.:
On the ____ of _____, _____
before me, the undersigned, personally appeared _____

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

*(if the place of residence is in a city, include the street and street number if any, thereof)*; that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

ACKNOWLEDGEMENT FORM FOR USE OUTSIDE NEW YORK STATE ONLY:
(Out of State or Foreign General Acknowledgement Certificate)
) ss.:
(Complete Venue with State, Country, Province or Municipality)
On the ____ of _____, _____
before me, the undersigned, personally appeared _____

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

*(Insert the city or other political subdivision and the state or country or other place the acknowledgement was taken).*

**Bargain and Sale Deed**
with Covenant against Grantors Acts

TITLE NO: **RA-REC-36375**

DISTRICT
SECTION        49.17
BLOCK          2
LOT            42 & 47
COUNTY OR TOWN   ROCKLAND

**DISTRIBUTED BY:**

RIVERSIDE ABSTRACT LLC
3839 FLATLANDS AVENUE, SUITE 208
BROOKLYN, NY 11234

**RECORD & RETURN TO:**

# RIVERSIDE ABSTRACT, LLC
as Agent for
Fidelity National Title Insurance Company

### SCHEDULE A – DESCRIPTION

Title No.: RANY-15937

Parcel I:
ALL that certain plot, piece or parcel of land, situate, lying and being in the Village of Suffern, Town of Ramapo, County of Rockland, State of New York, more particularly bounded and described as follows:

BEGINNING at a point locate on the northerly boundary of Highview Road, said point being located 30 feet from the centerline of the original right of way of Highview Road and further described as being located 301.34 feet from the westerly terminus of the westerly return curve formed by the intersection of the northerly right of way of Highview Road and the westerly boundary of Wendover Lane:

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West 171.28 feet;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 369.05 feet;

THENCE South 74 degrees 27 minutes 03 seconds West 300.81 feet;

THENCE South 19 degrees 22 minutes 00 seconds East 336.53 feet;

On a curve to the right on a tangent to the previous course a radius of 25 feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58 minutes 00 seconds to the point of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 49.17 Block 2, Lot 42 Rockland County and also known as 24 Highview Road.

Schedule A Description   Page 1 of 2

SCHEDULE A cont.

Parcel II:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Village of Suffern, Town of Ramapo, County of Rockland, State of New York, known and designated as Lot 47 and 47.1 Block No. 2, which said lot is more particularly bounded and described as follows:

BEGINNING at a point locate on the northerly boundary of Highview Road, said point being located, 30 feet from the centerline of the original right of way of Highview Road and further described as being located 102.01 feet from the westerly terminus of the westerly return curve formed by the intersection of the northerly right of way of Highview Road and the westerly boundary of Wendover Lane;

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West 199.33 feet;

On a curve to the left on a reverse tangent to the previous course a radius of 25 feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58 minutes 00 seconds;

North 19 degrees 22 minutes 00 seconds East 336.53 feet;

North 74 degrees 27 minutes 03 seconds west 300.81 feet to a point located along a stone wall;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 831.09 feet to a point located 25 feet southerly from the centerline of the original right of way of Carlton Road;

On a curve to the left, concentric with Carlton Road a radius of 94.42 feet, an arc length of 27.61 feet, subtended by a central angle of 16 degrees 45 minutes 11 seconds and having a chord bearing North 34 degrees 12 minutes 12 seconds East;

Along a stone wall South 72 degrees 15 minutes 00 seconds East 707.77 feet to an existing marble monument;

South 19 degrees 22 minutes 00 seconds West 1170.03 feet to the point of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 49.17 Block 2, Lot 47 Rockland County and also known as 82 Highview Road.

| FOR COUNTY USE ONLY | | | |
|---|---|---|---|
| C1. SWIS Code | 392607 | | New York State Department of **Taxation and Finance** |
| C2. Date Deed Recorded | 12/31/2018 | | Office of Real Property Tax Services |
| C3. Book | 2018 | C4. Page 37834 | **RP- 5217-PDF** Real Property Transfer Report (8/10) |

**PROPERTY INFORMATION**

**1. Property Location:** 82 and 105 (STREET NUMBER) Highview Rd. & Carlton Rd (STREET NAME)
Ramapo (CITY OR TOWN) VILLAGE 10901 (ZIP CODE)

**2. Buyer Name:** 82 Highview LLC (LAST NAME/COMPANY) (FIRST NAME)

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 2 # of Parcels OR ☐ Part of a Parcel
- 4A. Planning Board with Subdivision Authority Exists ☐
- 4B. Subdivision Approval was Required for Transfer ☐
- 4C. Parcel Approved for Subdivision with Map Provided ☐

**5. Deed Property Size:** ___ X ___ OR 14.14 ACRES

**6. Seller Name:** Del Realty LLC

**7. Select the description which most accurately describes the use of the property at the time of sale:**
I. Community Service

Check the boxes below as they apply:
- 8. Ownership Type is Condominium ☐
- 9. New Construction on a Vacant Land ☐
- 10A. Property Located within an Agricultural District ☐
- 10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

**SALE INFORMATION**

**11. Sale Contract Date:** ___
**12. Date of Sale/Transfer:** 10/23/2018
**13. Full Sale Price:** .00

**15. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale between Related Companies or Partners in Business.
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- ☒ E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. None

**14. Indicate the value of personal property included in the sale:** .00

**ASSESSMENT INFORMATION**

**16. Year of Assessment Roll from which information taken(YY):** 17
**17. Total Assessed Value:** 476,600
**18. Property Class:** 612
**19. School District Name:** Ramapo
**20. Tax Map Identifier(s)/Roll Identifier(s):** 49.17-2-42    49.17-2-47

**CERTIFICATION**

**BUYER CONTACT INFORMATION**

LAST NAME: ZAKS
FIRST NAME: RABBI
AREA CODE: 845
TELEPHONE: 538-7909
STREET NUMBER: 82
STREET NAME: 82 HIGHVIEW RD
CITY OR TOWN: SUFFERN
STATE: NY
ZIP CODE: 10901

Donna G. Silberman, County Clerk
1 South Main St., Ste. 100
New City, NY 10956
(845) 638-5070

# Rockland County Clerk Recording Cover Sheet

Received From :
SHEM OLAM LLC
18 MOUNTAIN AVE
MONSEY, NY 10952

**First GRANTOR**
82 HIGHVIEW LLC

**First GRANTEE**
SHEM OLAM LLC

Index Type : Land Records
Instr Number : 2021-00027314
Book :             Page :

Type of Instrument : Deed
Type of Transaction : Deed Other
Recording Fee:                  $321.00

Recording Pages :            6

### Real Estate Transfer Tax

| | |
|---|---|
| RETT # : | 7755 |
| Deed Amount : | $10.00 |
| RETT Amount : | $0.00 |
| Total Fees : | $321.00 |

Doc ID - 053865150006

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

State of New York
County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 06/30/2021
At (Recorded Time) : 3:43:00 PM

Donna G. Silberman
County Clerk



This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: NYROCKLANDUSER23   Printed On : 06/30/2021   At : 3:44:21PM