# EXHIBIT 9

Donna G. Silberman, County Clerk
1 South Main St., Ste. 100
New City, NY 10956
(845) 638-5070

# Rockland County Clerk Recording Cover Sheet

Received From:
SHEM OLAM LLC
18 MOUNTAIN AVE
MONSEY, NY 10952

First GRANTOR
| 82 HIGHVIEW LLC |

First GRANTEE
| SHEM OLAM LLC |

Index Type : Land Records
Instr Number : 2021-00027314
Book :                Page :
Type of Instrument : Deed
Type of Transaction : Deed Other
Recording Fee:              $321.00
Recording Pages :                 6

### Real Estate Transfer Tax

RETT # :                    7755
Deed Amount :            $10.00
RETT Amount :             $0.00
Total Fees :              $321.00

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

State of New York
County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 06/30/2021
At (Recorded Time) : 3:43:00 PM

Donna G. Silberman
County Clerk

Doc ID - 053865150006

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: NYROCKLANDUSER23   Printed On : 06/30/2021   At : 3:44:21PM

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the __29th__ ___ day of JUNE, 2021

BETWEEN

82 Highiew LLC of 82 Highview Rd Suffern NY 10901
party of the first part, and

Shem Olam LLC  18 MOUNTAIN AVE MONSEY N.Y. 10952  *A.Z.*
party of the second part,

WITNESSETH, that the party of the first part, in consideration of TEN dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever, as per the collateral agreement between Yeshiva Chofetz Chaim Inc and Shem Olam LLC dated June 29 2021.

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Rockland in the Town of Ramapo. TWO PARCELS as per the discriptions attached in schedual A.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this Indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Witness _____    82 Highiew LLC  By Rabbi Aryeh Zaks   MANAGER *A.Z.*

Standard N.Y.B.T.U. Form 8001- Bargain and Sale Deed, without Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3264

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Rockland __ , ss:

On the 29th ___ day of JUNE in the year 2021, before me, the undersigned, personally appeared Rabbi Aryeh Zaks , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

David M Schlachter
NYS Notary Public
No. 02SC6182160 - New York County
Commission Expires 2/23/24

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of _____, ss:
On the _____ day of _____ in the year ___, before me, the undersigned, a Notary Public in and for said State, personally appeared _____, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in
_____
(if the place of residence is in a city, include the street and street number if any, thereof);that he/she/they know(s) _____ to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said _____ execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

## BARGAIN & SALE DEED WITHOUT COVENANTS

Title No.

82 Highview LLC
TO
Shem Olam LLC
18 Mountain Ave
Monsey NY 10952

MADISON TITLE AGENCY L.L.C.

---

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of     , ss:

On the     day of     in the year     , before me, the undersigned, personally appeared     , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of     , County of     , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the    day of    in the year    , before me the undersigned personally appeared     Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

SECTION: 49-17
BLOCK: 2
LOT: _____42___
COUNTY OR TOWN: Rockland County Town of Ramapo _

RETURN BY MAIL TO:

RETURN TO:
HENOCH ZAKS

NYSCEF DOC. NO. 2

# RIVERSIDE ABSTRACT, LLC
### as Agent for
### Fidelity National Title Insurance Company

## SCHEDULE A – DESCRIPTION

Title No.: RANY-15937

**Parcel I:**

ALL that certain plot, piece or parcel of land, situate, lying and being in the Village of Suffern, Town of Ramapo, County of Rockland, State of New York, more particularly bounded and described as follows:

BEGINNING at a point locate on the northerly boundary of Highview Road, said point being located 30 feet from the centerline of the original right of way of Highview Road and further described as being located 301.34 feet from the westerly terminus of the westerly return curve formed by the intersection of the northerly right of way of Highview Road and the westerly boundary of Wendover Lane;

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West 171.28 feet;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 369.05 feet;

THENCE South 74 degrees 27 minutes 03 seconds West 300.81 feet;

THENCE South 19 degrees 22 minutes 00 seconds East 336.53 feet;

On a curve to the right on a tangent to the previous course a radius of 25 feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58 minutes 00 seconds to the point of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 49.17 Block 2, Lot 42 Rockland County and also known as 24 Highview Road.

Schedule A Description Page 1 of 2

## SCHEDULE A cont.

Parcel II:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Village of Suffern, Town of Ramapo, County of Rockland, State of New York, known and designated as Lot 47 and 47.1 Block No. 2, which said lot is more particularly bounded and described as follows:

BEGINNING at a point locate on the northerly boundary of Highview Road, said point being located 30 feet from the centerline of the original right of way of Highview Road and further described as being located 102.01 feet from the westerly terminus of the westerly return curve formed by the intersection of the northerly right of way of Highview Road and the westerly boundary of Wendover Lane;

thence the following courses and distances:

Parallel to Highview Road North 74 degrees 40 minutes 00 seconds West 199.33 feet;

On a curve to the left on a reverse tangent to the previous course a radius of 25 feet, an arc length of 37.51 feet, subtended by a central angle of 85 degrees 58 minutes 00 seconds;

North 19 degrees 22 minutes 00 seconds East 336.53 feet;

North 74 degrees 27 minutes 03 seconds west 300.81 feet to a point located along a stone wall;

Along a stone wall North 2 degrees 40 minutes 06 seconds East 831.09 feet to a point located 25 feet southerly from the centerline of the original right of way of Carlton Road;

On a curve to the left, concentric with Carlton Road a radius of 94.42 feet, an arc length of 27.61 feet, subtended by a central angle of 16 degrees 45 minutes 11 seconds and having a chord bearing North 34 degrees 12 minutes 12 seconds East;

Along a stone wall South 72 degrees 15 minutes 00 seconds East 707.77 feet to an existing marble monument;

South 19 degrees 22 minutes 00 seconds West 1170.03 feet to the point of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 49.17 Block 2, Lot 47 Rockland County and also known as 82 Highview Road.

INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us

**New York State Department of Taxation and Finance**
Office of Real Property Tax Services
**RP- 5217-PDF**
Real Property Transfer Report (8/10)

**FOR COUNTY USE ONLY**
C1. SWIS Code: 39.26.07
C2. Date Deed Recorded: 6/30/21
C3. Book: 2021    C4. Page: 2.7.3.1.4

**PROPERTY INFORMATION**

1. Property Location: 82 & 105 Highview Rd & Carlton Rd, Ramapo, 10901
2. Buyer Name: Shem Olam LLC
3. Tax Billing Address: (Indicate where future Tax Bills are to be sent if other than buyer address)
4. Indicate the number of Assessment Roll parcels transferred on the deed: 2 # of Parcels
5. Deed Property Size: X    OR    14.40 ACRES
6. Seller Name: 82 Highview LLC
7. Select the description which most accurately describes the use of the property at the time of sale: I. Community Service

Check the boxes below as they apply:
8. Ownership Type is Condominium
9. New Construction on a Vacant Land
10A. Property Located within an Agricultural District
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District

**SALE INFORMATION**

11. Sale Contract Date:
12. Date of Sale/Transfer: 06/29/2021
13. Full Sale Price: 10.00
14. Indicate the value of personal property included in the sale: .00

15. Check one or more of these conditions as applicable to transfer:
   A. Sale Between Relatives or Former Relatives
   B. Sale between Related Companies or Partners in Business
   C. One of the Buyers is also a Seller
   D. Buyer or Seller is Government Agency or Lending Institution
   E. Deed Type not Warranty or Bargain and Sale (Specify Below)
   F. Sale of Fractional or Less than Fee Interest (Specify Below)
   G. Significant Change in Property Between Taxable Status and Sale Dates
   H. Sale of Business is Included in Sale Price
   [X] I. Other Unusual Factors Affecting Sale Price (Specify Below)
   J. None

Comment(s) on Condition: Conveyance is being used to secure a debt or other obligation as per a collateral agreement

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which Information taken(YY): 20
17. Total Assessed Value: $476,000
18. Property Class: 612
19. School District Name: Ramapo
20. Tax Map Identifier(s)/Roll Identifier(s): 49.17-2-42    49.17-2-47

**CERTIFICATION**

I Certify that all of the items of information entered on this form are true and correct...

SELLER SIGNATURE: [signed] 6-29-21
BUYER SIGNATURE: [signed] 6-29-21

**BUYER CONTACT INFORMATION**
Last Name: Zaks    First Name: Rabbi Aryeh
Area Code: 845    Telephone: 538-7909
Street Number: 18    Street Name: Mountain Ave
City: Monsey    State: NY    Zip: 10952

**BUYER'S ATTORNEY**