UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

           Chapter 11

In re:

           Case No. 22-22493-shl

**SHEM OLAM LLC,**

           Debtor.
---------------------------------------------------------X

### ORDER EXTENDING EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES WITH RESPECT TO THE DEBTOR'S PLAN AND FOR RELATED RELIEF

**UPON** the motion dated November 23, 2022 ("Motion") of **Shem Olam LLC**

("Debtor") seeking the entry of an order under section 1121 of Title 11 of the United States

Code ("Bankruptcy Code"): (i) extending the Debtor's exclusive right to file a plan of

reorganization through and including **March 27, 2023;** and (ii) if the Debtor files a plan of

reorganization before that date, extending the Debtor's right to solicit  acceptances for their

plan through and including **May 23, 2023**; and there being due and sufficient notice of the

Motion; and upon the hearing on the Motion on December 13, 2022; and it appearing that

due and sufficient cause to grant the Motion appearing therefor, it is

      **ORDERED,** that the Motion is granted as set forth herein; and it is further

      **ORDERED**, that the Debtor's exclusive right to file a plan of reorganization under

Section 1121 of the Bankruptcy Code is extended through and including **March 27, 2023**

("Exclusivity Period"); and it is further

      **ORDERED**, that if the Debtor files a plan of reorganization within the time set forth

herein, then the Debtor's exclusive right to solicit acceptances for their plan under Section

1121(c)(3) of the Bankruptcy Code is extended to **May 23, 2023** ("Acceptance Period"); and

it is further

ORDERED, that the entry of this order is without prejudice to the Debtor's right to

seek additional extensions of the Exclusivity Period and Acceptance Period pursuant to

Section 1121 of the Bankruptcy Code.


Dated: December 23, 2022               */s/ Sean H. Lane*
White Plains, New York                 THE HONORABLE SEAN H. LANE
                                       UNITED STATES BANKRUPTCY JUDGE

4878-5896-6084, v. 1