**LEECH TISHMAN ROBINSON BROG, PLLC**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6300
Fred B. Ringel, Esq.
Steven B. Eichel, Esq.
*Attorneys For Debtor and Debtor In Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-22493 |
| **SHEM OLAM LLC,** | |
| Debtor. | |

-----------------------------------------------------X

## CERTIFICATE OF SERVICE

**TINA FOGEL,** hereby certifies under penalty of perjury:

  1. I am not a party to the action, am over 18 years of age and reside in New York, New York.

  2. On the **27th day of December, 2022**, I caused to be served VIA FIRST CLASS MAIL:

   ● *NOTICE OF PROPOSED ORDER [ECF Doc. No. 52-1];*

   ● *ORDER AUTHORIZING RETENTION OF SARAJIAN & BAUM PLLC [ECF Doc. No. 52-2] ;*

   ● *APPLICATION PURSUANT TO SECTION 327(E) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN SARAJIAN & BAUM PLLC AS SPECIAL TAX COUNSEL TO THE DEBTOR [ECF Doc. No. 52];*

   ● *DECLARATION OF RICHARD SARAJIAN IN SUPPORT OF APPLICATION PURSUANT TO SECTION 327(E) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN SARAJIAN & BAUM PLLC AS*

*SPECIAL TAX COUNSEL TO THE DEBTOR [ECF Doc. No. 52-3];* **and**

- *DECLARATION OF SARA PINKOVICS [ECF Doc. No. 52-4]* **upon:** *ALL PARTIES ON THE ANNEXED SERVICE LIST* by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**Dated:** December 27, 2022                                                             /s/ TINA FOGEL
                                                                                                                 **TINA FOGEL**

## SHEM OLAM LLC  Service List as of 12/27/22

**645 SPRINGDALE HOLDINGS LLC**
**404 ARLINGTON AVE**
**LAKEWOOD, NJ 08701**

**82 HIGHVIEW LLC**
**C/O SAVAD CHURGIN**
**55 OLD TURNPIKE RD, SUITE 209**
**NANUET, NY 10954**

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

**KRISS & FEUERSTEIN LLP**
**360 LEXINGTON AVENUE**
**SUITE 1200**
**NEW YORK, NY 10017**

**LEVINE & ASSOCIATES, P.C.**
**15 BARCLAY ROAD**
**ATTN: MICHAEL LEVINE, ESQ.**
**SCARSDALE, NY 10583-2707**

**NEW YORK STATE DEPT. OF FINANC**
**ATTN: BANKRUPTCY SPECIAL PROC**
**PO BOX 5300**
**ALBANY, NY 12205**

**OFFICE OF THE ATTORNEY GENERAL**
**28 LIBERTY ST.**
**NEW YORK, NY 10005**

**ROCKLAND CTY COMM. OF FINANCE**
**50 SANATORIUM ROAD**
**BUILDING A, 8TH FLOOR**
**POMONA, NY 10970**

**TOWN OF RAMAPO - ATTY OFFICE**
**237 ROUTE 59**
**SUFFERN, NY 10901**

**TOWN OF RAMAPO - TAX DEPT.**
**237 ROUTE 59**
**SUFFERN, NY 10901**

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

YESHIVA CHOFETZ CHAIM INC.
C/O SAVAD CHURGIN
55 OLD TURNPIKE RD, SUITE 209
NANUET, NY 10954

PAUL SCHWARTZBERG, ESQ.
OFFICE OF THE U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

CHOFETZ CHAIM INC.
367 REMSEN AVENUE
MONSEY, NY 10952

RABBI ARYEH ZAKS
18 MOUNTAIN AVENUE
MONSEY, NY 10952

HENOCH ZAKS
18 MOUNTAIN AVENUE
MONSEY, NY 10952

ISRAEL DAHAN, ESQ.
KING & SPALDING LLP
1185 AVENUE OF THE AMERICAS, 34TH FLOOR
NEW YORK, NY 10036

THOMAS E. HUMBACH, ESQ.
ROCKLAND COUNTY DEPT. OF LAW
11 NEW HEMPSTEAD ROAD
NEW CITY, NEW YORK  10956

KARA J. CAVALLO, ESQ.
JACOBWITZ AND GUBITS, LLP
158 ORANGE AVENUE
P.O. BOX 367
WALDEN, NEW YORK 12586-0367

4866-3310-7526, v. 1