**LEECH TISHMAN ROBINSON BROG, PLLC**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6300
Steven B. Eichel, Esq.
*Attorneys for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

**SHEM OLAM LLC,**

                                    Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 22-22493(SHL)

# SUPPLEMENTAL DECLARATION OF A. MITCHELL GREENE PURSUANT TO ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF LEECH TISHMAN ROBINSON BROG PLLC AS BANKRUPTCY ATTORNEYS FOR THE DEBTOR EFFECTIVE AS OF JULY 22, 2022

A. Mitchell Greene, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.       I am a partner of the firm Leech Tishman Robinson Brog PLLC ("LTRB"), which maintains offices for the practice of law at 875 Third Avenue, 9th Floor, New York, New York 10022. I am admitted in, practicing in, and a member in good standing of the bar of the State of New York and the bar of the United States District Court for the Southern and Eastern Districts of New York. I submit this supplemental declaration notifying of LTRB's rate increases effective January 1, 2024, in compliance with the notice requirements set forth in the Order Authorizing Employment and Retention of LTRB as Bankruptcy Attorneys for the Debtor Effective as of July 22, 2022 (the "LTRB Retention Order"). The Application was supported by

1

my declaration (the "Greene Declaration"). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness would testify competently thereto.

2. I submit this declaration in accordance with the LTRB Retention Order which provided that LTRB shall, prior to any increases in its rates, file a supplemental declaration with the Court and provide ten business days' notice to the United States Trustee and other parties in interest, which supplemental declaration shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code.

3. As set forth in the Greene Declaration, LTRB's hourly rates are reviewed annually as part of LTRB's ordinary business practices and rate adjustments, if any, are implemented at the beginning of the new year or at such later date as required to comply with existing orders authorizing LTRB's retention. Following its recent review, LTRB has determined that effective January 1, 2024, the hourly rates will range from: $305 to $835 for partners and counsel; $250 to $450 for associates; and $135 to $275 for paralegals and support staff. These adjustments reflect our continuing goal to provide high quality and cost- efficient services to our clients.

4. When assessing whether to adjust its market rates, LTRB obtains information from public sources that provide general information regarding peer firms. Based upon that information, and having been directly involved in a multitude of cases in the Southern and Eastern Districts of New York, LTRB is knowledgeable about, and familiar with the rates that are charged by other firms of similar reputation, quality and expertise; and working in the same or similar cases in which LTRB is involved. LTRB's rates are comparable to or lower than such other New York City based firms' rates.

5. LTRB submits that this increase is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as this is applied firm–wide, and the new rates are comparable to those in similar circumstances by similarly skilled professionals. LTRB is providing notice to the parties provided for in the LTRB Retention Order before the new rates take effect.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2024
New York, New York

    /s/ A. Mitchell Greene
**A. MITCHELL GREENE**