**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
Telephone: (201) 931-6910
Ilana Volkov, Esq.
Email: ivolkov@mcgrailbensinger.com

*Counsel for Rabbi Mayer Zaks, Yeshiva*
*Chofetz Chaim, Inc. and 82 Highview LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SHEM OLAM LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-22493 (SHL)<br><br>**STIPULATION DISMISSING**<br>**APPEAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for appellants, Rabbi Mayer Zaks, Yeshiva Chofetz Chaim, Inc. and 82 Highview LLC (collectively, the "Appellants"), and Shem Olam LLC ("Appellee"), that the Appeal filed on April 6, 2026 (ECF Dkt. No. 181) regarding the Order Authorizing Debtor In Possession To Sell Real Property, And Approving Settlement Agreement Pursuant To Rule 9019, dated March 23, 2026 (ECF Dkt. No. 180), is dismissed with prejudice, without costs and attorneys' fees, pursuant to Fed. R. Bankr. P. 8023(a).

So Ordered.

*[signature]*

5/18/26

Dated: May 14, 2026
   New York, New York

| | |
|---|---|
| **MCGRAIL & BENSINGER LLP**<br>*Counsel for Appellants* | **BLANK ROME LLP**<br>*Counsel for Appellee* |
| By: /s/ *Ilana Volkov*<br> Ilana Volkov<br> 888-C 8th Ave. #107<br> New York, NY 10019<br> (201) 931-6910 | By: /s/ *William J. Dorsey*<br> William J. Dorsey<br> 444 W. Lake Street, Ste. 1650<br> Chicago, IL 60606<br> (312) 776-2512 |